AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

MIDDLE District of ALABAMA

JEREMIAH W. GREEN,
Plaintiff

V.

THE ELMORE COUNTY JAIL, ET AL
Defendant

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

CASE NUMBER: 2:06cv667-WKW

I, **JEREMIAH W. GREEN** declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant    ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   ☒ Yes   ☐ No   (If "No," go to Part 2)

   If "Yes," state the place of your incarceration **FEDERAL PRISON CAMP ATLANTA**

   Are you employed at the institution? **YES**   Do you receive any payment from the institution? **YES**

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions.

2. Are you currently employed?   ☐ Yes   ☒ No **EXCEPT BY THE CAMP**

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.
   ATKINSON REALTY GROUP, 4230 ORTEGA BLVD, JACKSONVILLE, FL 32210
   JANUARY 2004 - COMMISSION ONLY

3. In the past 12 twelve months have you received any money from any of the following sources?

   | | | Yes | No |
   |---|---|---|---|
   | a. | Business, profession or other self-employment | ☐ | ☒ |
   | b. | Rent payments, interest or dividends | ☐ | ☒ |
   | c. | Pensions, annuities or life insurance payments | ☐ | ☒ |
   | d. | Disability or workers compensation payments | ☐ | ☒ |
   | e. | Gifts or inheritances | ☐ | ☒ |
   | f. | Any other sources | ☒ | ☐ |

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

AO 240 Reverse (Rev. 10/03)

FUNDS FROM MY FATHER OF APPROXIMATELY $150 MONTHLY FOR TELEPHONE AND MINIMAL COMMISSARY PURCHASES.

4. Do you have **any** cash or checking or savings accounts?   ☒ Yes   ☐ No

   If "Yes," state the total amount.  APPROX $28.00

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☐ Yes   ☒ No

   If "Yes," describe the property and state its value.

   I HAVE INTEREST IN A FAMILY TRUST BUT ONLY IN THE EVENT OF MY FATHER'S PASSING.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

   NOT APPLICABLE

I declare under penalty of perjury that the above information is true and correct.

JULY 24, 2006             [signature]
Date                      Signature of Applicant
                          JEREMIAH W. GREEN, #11165-171

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

# Inmate Inquiry

| | | |
|---|---|---|
| Inmate Reg #: | 11165171 | Current Institution: Atlanta USP |
| Inmate Name: | GREEN, JEREMIAH | Housing Unit: CAMP |
| Report Date: | 06/05/2006 | Living Quarters: S08-182L |
| Report Time: | 6:23:09 AM | |

General Information | Account Balances | Commissary History | Commissary Restrictions | Comments

## General Information

Administrative Hold Indicator: No
No Power of Attorney: No
Never Waive NSF Fee: No
Max Allowed Deduction %: 100
PIN: 2710
PAC #:
FRP Participation Status: Participating
Arrived From: MON
Transferred To:
Account Creation Date: 1/24/2006
Local Account Activation Date: 2/22/2006 4:28:25 AM

Sort Codes:
Last Account Update: 6/4/2006 8:30:56 PM
Account Status: Active
Phone Balance: Unknown

## FRP Plan Information

| FRP Plan Type | Expected Amount | Expected Rate |
|---|---|---|
| Quarterly | $35.00 | 0% |

## Account Balances

Account Balance: $10.65
Pre-Release Balance: $0.00
Debt Encumbrance: $0.00
SPO Encumbrance: $0.00
Other Encumbrances: $0.00
Outstanding Negotiable Instruments: $0.00
Administrative Hold Balance: $0.00
Available Balance: $10.65
National 6 Months Deposits: $736.00
National 6 Months Withdrawals: $1,025.35
National 6 Months Avg Daily Balance: $64.45
Local Max. Balance - Prev. 30 Days: $152.80
Average Balance - Prev. 30 Days: $47.79

## Commissary History

### Purchases

Validation Period Purchases: $104.15
YTD Purchases: $810.35
Last Sales Date: 5/31/2006 1:48:48 PM

### SPO Information

SPO's this Month: 0
SPO $ this Quarter: $0.00

### Spending Limit Info

Spending Limit Override: No
Weekly Revalidation: No
Spending Limit: $290.00
Expended Spending Limit: $96.35
Remaining Spending Limit: $193.65

## Commissary Restrictions

### Spending Limit Restrictions

Restricted Spending Limit: $0.00
Restricted Expended Amount: $0.00
Restricted Remaining Spending Limit: $0.00
Restriction Start Date: N/A
Restriction End Date: N/A

### Item Restrictions

List Name    List Type    Start Date    End Date    Userid    Active

## Comments

Comments:

http://10.33.20.107/umr/InmateInquiryCombined.aspx    6/5/2006

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

JEREMIAH W. GREEN,
Plaintiff/Petitioner,

v.

THE ELMORE COUNTY JAIL, ET AL
Defendant/Respondent.

:   AFFIDAVIT IN SUPPORT OF
:   REQUEST TO PROCEED
:   IN FORMA PAUPERIS; AUTHORIZED
:   WITHDRAWAL FORM; CERTIFIED
:   AFFIDAVIT OF INMATE ACCOUNT
:   STATUS.

## AFFIDAVIT AND AUTHORIZATION
## FOR WITHDRAWAL FROM INMATE ACCOUNT

I, JEREMIAH W. GREEN, being first duly sworn or under penalty of perjury, affirm and say that I am the plaintiff/petitioner in the above-styled action; that in support of my motion to proceed without prepayment of fees or costs or give security therefor pursuant to Title 28 U.S.C. § 1915 (a)(1), I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor.

I further swear or affirm that the responses which I have made to the questions below are true.

1. Are you presently employed? Yes (X) No ( )
   a. If employed, state the amount of your salary or wages per month and give the address of your employer. $18.00 (EIGHTEEN) PER MONTH. FBOP, ATLANTA CAMP 601 MCDONOUGH BLVD, SE, ATLANTA, GA 30315
   b. If you are not currently employed, state the date of your last employment and the amount of salary or wages received. _____

2. Have you received within the past twelve months any money from any of the following sources?
   a. Business, profession or self-employment?     Yes( ) No(X)
   b. Rent payments, interest or dividends?         Yes( ) No(X)
   c. Pensions, annuities or life insurance?        Yes( ) No(X)
   d. Gifts or inheritances?                        Yes( ) No(X)
   e. Any other source?                             Yes( ) No(X)

   If you answered yes to any of the above, describe each source and state the amount received from each. _____

3. Do you own any cash, or do you have money in a checking or savings account? (Include funds in prison account.)
   Yes (X) No ( ) If the answer is yes, state the total value of items owned.
   (1) PRISON ACCOUNT - $10.65
   (2) CHECKING ACCOUNT - $ 21.28

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property, excluding ordinary household furniture and clothing?
   Yes ( ) No (X) If the answer is yes, describe the property and state its approximate value.
   HOWEVER, PURSUANT TO A FAMILY TRUST, SHOULD MY FATHER PASS AWAY, I WOULD BE THE SOLE BENEFICIARY OF THIS TRUST.

5. List the persons who are dependent upon you for support, state your relationship to each person, and indicate how much you contribute toward their support.
   NOT APPLICABLE

## AUTHORIZATION FOR ACCOUNT WITHDRAWAL

I hereby authorize my custodian and his/her designee to withdraw funds from my inmate account and to transmit the same to the Clerk, United States District Court to be applied to the filing fee which I am required to pay in connection with this case. This authorization shall apply to any institution in which I am or may be confined.

Executed this 5TH day of JUNE XXX 2006

_____
Signature of Plaintiff/Petitioner

PLAINTIFF/PETITIONER IS REQUIRED TO SUBMIT WITH THIS AFFIDAVIT AND AUTHORIZATION A CERTIFIED COPY OF HIS/HER INMATE ACCOUNT STATEMENT FOR THE SIX MONTH PERIOD IMMEDIATELY PRECEDING THE FILING OF THIS COMPLAINT.

## CERTIFICATE

I hereby certify that the plaintiff/petitioner herein has a current balance of $10.65 in his/her inmate account at the FEDERAL PRISON CAMP ATLANTA Institution. Plaintiff has an average monthly balance for the preceding six months of $64.45 and the average monthly deposits to said account for the preceding six months are $121.80 I further certify that plaintiff has the following assets to his/her credit according to the records of this institution: $10.65 in his inmate account

6-5-2006
Date

_____   FRANK SOTO
Authorized Officer of Institution   Case Manager

2

M/D-6

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
__MONTGOMERY__ DIVISION

2006 JUL 26 A 9:38

JEREMIAH W. GREEN, #11165-171 )
_____ )
_____ )
_____ )
_____ )
          Plaintiff(s)        )
          v.                 )
THE ELMORE COUNTY JAIL, ET AL )
_____ )
_____ )
_____ )
          Defendant(s)      )

2:06cv667-WKW

## MOTION TO PROCEED *IN FORMA PAUPERIS*

Plaintiff(s) __JEREMIAH W. GREEN__

moves this Honorable Court for an order allowing her/him to proceed in this case without prepayment of fees, costs, or security therefor, and for grounds therefor submits the attached sworn affidavit in support of the motion.

_____
Plaintiff(s) signature
JEREMIAH W. GREEN, #11165-171