IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2006 AUG 30 A 9: 32

| | |
|---|---|
| JEREMIAH W. GREEN, ) | |
| Plaintiff, ) | |
| v. ) | CIVIL ACTION |
| ) | NO. 2:06-CV-667-WKW |
| ELMORE COUNTY JAIL et al., ) | |
| Defendants. ) | |

### PLAINTIFFS' MOTION FOR APPOINTMENT OF COUNSEL

Pursuant to 28 U.S.C. §1915(e)(1), plaintiff moves for an order appointing counsel to represent him in this case. In support of this motion, plaintiff states:

1. Plaintiff cannot afford to hire a lawyer. He has been granted leave to proceed in forma pauperis by this Honorable Court on July 28, 2006, Court Doc. No. 4-1.

2. Plaintiff's imprisonment will greatly limit his ability to litigate this case. This case will likely involve substantial investigation and discovery. Also, there is a limited law library at the Atlanta Federal Prison Camp.

3. The issues in this case are complex. A lawyer would assist plaintiff in applying the law properly in briefs and before the Court. Plaintiff has never before been party to a civil legal proceeding.

4. A trial in this case will likely involve conflicting testimony. A lawyer would assist plaintiff in the presentation of evidence and the cross-examination of opposing witnesses.

---1---

    5. Plaintiff has made an effort to obtain a lawyer from nationally recognized civil rights organizations.

    WHEREFORE, plaintiff requests that the Court appoint counsel to represent him in this case.

Respectfully submitted, this 28th day of August, 2006.

*[signature]*
Jeremiah W. Green, Petitioner
Fed. Reg. No. 11165-171
Federal Prison Camp Atlanta
Post Office Box 150160
Atlanta, Georgia 30315-0160

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2006 AUG 30 A 9:32

| | |
|---|---|
| JEREMIAH W. GREEN,<br><br>　　Plaintiff,<br><br>v.<br><br>ELMORE COUNTY JAIL, et al.,<br><br>　　Defendants. | )<br>)<br>)<br>)<br>)  CIVIL ACTION NO. 2:06-CV-667-WKW<br>)                    [WO]<br>)<br>)<br>) |

### CERTIFICATE OF SERVICE

I, JEREMIAH W. GREEN, Plaintiff, Pro Se, hereby declares, pursuant to 28 U.S.C. §1746, that I mailed, using the United States Postal Service, the following "Plaintiffs' Motion for Appointment of Counsel," affixing proper First Class Postage, to the following individual(s):

Office of the Clerk
United States District Court
For the Middle District of Alabama
Post Office Box 711
Montgomery, Alabama 36101-0711

AND

The Elmore County Jail
Aja Roberts, Warden
8955 U.S. Highway 231
Wetumpka, Alabama 36092

Executed this 28th day of August, 2006.

Respectfully Submitted,

_Jeremiah W. Green_
Jeremiah W. Green, Plaintiff
Inmate # 11165-171
Federal Prison Camp Atlanta
Post Office Box 150160
Atlanta, Georgia 30315-0160