IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **JEREMIAH W. GREEN,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| v. | )    Civil Action No.  2:06-CV-667-WKW |
| | )                    (WO) |
| **ELMORE COUNTY JAIL,** *et al.*, | ) |
| | ) |
|     **Defendants.** | ) |

**DEFENDANT'S MOTION FOR EXTENSION OF TIME**

    COMES NOW, Assistant Jail Administrator Sue Roberts, the Defendant in the above-styled cause and moves this Honorable Court for an extension of time of 30 days in which to file her Special Report and Answer which is due on September 26, 2006.  As grounds for this Motion, the Defendants state as follows:

    1.    On August 17, 2006, this Court entered an Order directing the Defendants in this case to file a Special Report in the above-styled cause within forty days of that Order.

    2.    The Defendants are in need of additional time to fully respond to the Plaintiff's allegations.

    3.    In addition, it may be necessary to obtain additional documents relating to the basis of the Plaintiff's Complaint.

    4.    The Defendants have not previously requested an extension of time in this case.

    5.    The Plaintiff will not be prejudiced by the requested extension.

    Defendant Sue Roberts has given counsel permission to submit her electronic signature to the Court below.

**WHEREFORE, PREMISES CONSIDERED,** the Defendant respectfully requests this Honorable Court grant the Motion for Extension of Time to file Special Report and Answer up to and including, October 25, 2006.

**RESPECTFULLY SUBMITTED** this the 25th day of September, 2006.

> s/C. Richard Hill, Jr.
> C. RICHARD HILL, JR. (HIL045)
> Attorney for Defendant Greg Ward
> WEBB & ELEY, P.C.
> 7475 Halcyon Pointe Drive (36117)
> Post Office Box 240909
> Montgomery, Alabama  36124
> Telephone:  (334) 262-1850
> Fax:  (334) 262-1889
> E-mail:  rhill@webbeley.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this the 25th day of September, 2006, I have served the foregoing document on the following:

> **Jeremiah W. Green**
> **USMS Reg. No. 11165-171**
> **Federal Prison Camp Atlanta**
> **Post Office Box 150160**
> **Atlanta, Georgia 30315-0160**

by placing a true and correct copy of the foregoing in the U.S. Mail, postage prepaid, on this the 25th day of September, 2006.

> s/C. Richard Hill, Jr.
> OF COUNSEL