IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

JEREMIAH W. GREEN                     *

     Plaintiff,                          *

        v.                            *          2:06-CV-667-WKW
                                               (WO)

ELMORE COUNTY JAIL *et al.*,          *

     Defendants.                        *

_____


**ORDER ON MOTION**

     Upon consideration of Defendant Robert's Motion for Extension of Time, and for good cause, it is ORDERED that:

     1.  Defendant Robert's motion (Doc. No. 14) is GRANTED; and

     2.  Defendant Roberts is GRANTED an extension from September 25, 2006 to October 25, 2006 to file her answer and written report.

     Done this 27th day of September 2006.


                                 /s/ Vanzetta Penn McPherson
                                 VANZETTA PENN MCPHERSON
                                 UNITED STATES MAGISTRATE JUDGE