# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| JEREMIAH W. GREEN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:06-cv-667-WKW-VPM |
| | ) |
| ELMORE COUNTY JAIL, et al., | ) |
| | ) |
| Defendants. | ) |

## DEFENDANT'S ANSWER

COMES NOW Elmore County, Alabama Jail Warden Sue Roberts, Defendant in the above-styled cause, and answers the Plaintiff's Complaint as follows:

## Answer

The Defendant in this action, Elmore County, Alabama Jail Warden Sue Roberts, denies each and every allegation made by the Plaintiff, Jeremiah W. Green, and demands strict proof thereof. The Defendant denies that she acted, or caused anyone else to act, in any manner so as to deprive the Plaintiff of any right to which he was entitled.

## Affirmative Defenses

1.  The Plaintiff's Complaint, separately and severally, fails to state a claim upon which relief may be granted.

2.  The Defendant in this action, in her individual capacity, is entitled to qualified immunity from the Plaintiff's claims.

3. The Defendant in this matter, in her official capacity, is entitled to absolute immunity from the Plaintiff's claims pursuant to the Eleventh Amendment to the United States Constitution.

4. Defendant in her official capacity is not a "person" under 42 U.S.C. § 1983.

5. The Plaintiff's claims are barred by the Prison Litigation Reform Act because he failed to exhaust available administrative remedies and because he has not suffered any physical injury, much less one that is greater than de minimus.

6. Plaintiff fails to allege any affirmative causal link between the alleged act or omission of Defendant and any alleged constitutional deprivation or Defendant's direct participation in any alleged constitutional violation.

7. Defendant is not liable based upon *respondeat superior* theories of liability.

8. The Plaintiff cannot prove a violation of his rights under the Eighth or Fourteenth Amendments to the United States Constitution.

9. Defendant was not deliberately indifferent in any respect, nor did she subject the Plaintiff to the unnecessary and wanton infliction of pain.

10. The Plaintiff's claims for injunctive and declaratory relief are moot, and the Plaintiff lacks standing to raise these claims.

11. Defendant reserves the right to add additional defenses upon a complete investigation of Plaintiff's claims, completion of any discovery allowed, and if any further pleading is required or allowed by the Court.

**RESPECTFULLY SUBMITTED**, this the 25th day of October, 2006.

        **s/C. Richard Hill, Jr.**
        **C. RICHARD HILL, JR. (HIL045)**
        **DANIEL D. FORDHAM (FOR055)**
        Attorneys for Defendants
        WEBB & ELEY, P.C.
        7475 Halcyon Pointe Drive (36117)
        Post Office Box 240909
        Montgomery, Alabama  36124
        Telephone:  (334) 262-1850
        Fax:  (334) 262-1889
        E-mail: rhill@webbeley.com

## **CERTIFICATE OF SERVICE**

     I hereby certify that on this the 25th day of October, 2006, I electronically filed the Defendant's Special Report with the Clerk of the Court using the CM/ECF system, and that I have mailed by United States Mail, postage prepaid, to the following non-CM/ECF participant:

Jeremiah W. Green
Federal Prison Camp – Atlanta
Post Office Box 150160
Atlanta, Georgia 30315-0160

        **s/C. Richard Hill, Jr.**
        **OF COUNSEL**