IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JEREMIAH W. GREEN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:06-cv-667-WKW-VPM |
| | ) |
| ELMORE COUNTY JAIL, et al., | ) |
| | ) |
| Defendants. | ) |

## AFFIDAVIT OF SUE ROBERTS

| | |
|---|---|
| STATE OF ALABAMA | ) |
| | ) |
| COUNTY OF ELMORE | ) |

BEFORE ME, the undersigned authority and Notary Public in and for said County and State at large, personally appeared Sue Roberts, who being known to me and being by me first duly sworn on oath deposes and says as follows:

1. My name is Sue Roberts. I am over the age of nineteen (19) years and competent to make this affidavit.

2. I am the Warden of the Elmore County Jail.

3. I have reviewed the Complaint filed in this matter.

4. I have no personal knowledge of any of the facts stated in the Complaint. I did not become aware of the allegations made the basis of Mr. Green's Complaint until I was served with the Complaint in this action.

5. All state and federal prisoners or detainees being held or housed in the Elmore County Jail will be subject to the rules and regulations of the Elmore County Jail.

6. It is the policy of the Elmore County Sheriff's Department to provide proper clothing to persons incarcerated in the Elmore County Jail in order that they may be protected and identified. Pursuant to this policy, federal inmates are issued a red uniform. As Mr. Green was a federal inmate, he was issued a red uniform.

7. It is the policy of the Elmore County Sheriff's Department that inmates incarcerated in the Elmore County Jail be assigned cells in a manner which will ensure the safety and security of the inmates and jail staff and will ensure the orderly operation of the Elmore County Jail.

8. It is the policy of the Elmore County Sheriff's Department that no person be incarcerated in a situation within the Elmore County Jail where his life or health may be threatened by another inmate when, by making the situation known to members of the jail staff, he can be incarcerated elsewhere. All persons being booked into the Elmore County Jail will be given the opportunity to complete an "enemies list." The booking officer will give the arrestee or detainee an opportunity to make known in writing any person within the jail whom he fears or has reason to believe is a threat to him in any way.

9. It is the policy of the Elmore County Sheriff's Department that Sheriff's Department personnel employed at the Elmore County Jail be aware of and protect inmate rights, both civil and legal. These rights include: (a) freedom from discrimination based on race, religion, national origin, sex, handicap or political beliefs; (b) equal access to programs and work assignments; (c) protection from personal abuse, corporal punishment, personal injury, disease, property damage and harassment; and, (d) freedom from reprisals or penalties as a result of seeking administrative or judicial redress. All employees having direct contact

with inmates must treat them respectfully and courteously. All inmates shall have equal access to programs, activities and work assignments.

10. It is the policy of the Elmore County Sheriff's Department that members of the Elmore County Jail staff conduct themselves in a manner so as to ensure that inmates are dealt with in a constitutional, honest, fair and impartial manner. Members of the jail staff shall never intentionally demean or humiliate an inmate. The critical discussion of staff members or inmates in the presence of any inmate is strictly forbidden.

11. It is the policy of the Elmore County Sheriff's Department to identify and make treatment available for those inmates who are to determined to be Human Immunodeficiency Virus (HIV)-positive or infected with Acquired Immune Deficiency Syndrome (AIDS) in a professional and confidential manner and to take precautions in seeking to protect other inmates and members of the jail from exposure to the virus.

12. It is the policy of the Elmore County Sheriff's Department that members of the jail staff receive and answer any written grievances or requests made by inmates to the Sheriff, Jail Administrator or jail personnel.

13. Inmates housed in the Elmore County Jail will be furnished with Inmate Request Forms for the purpose of stating their requests or grievances in writing. Forms on which grievances and medical requests may be related to the jail staff are readily available in the jail. Inmates are furnished these forms any time they request one. Jail personnel are charged with the responsibility of receiving and forwarding these forms to the proper authority at any time they are offered a completed form by an inmate. An exception exists for requests of an emergency nature, which may be made orally. Inmates are generally encouraged to resolve grievances between themselves and members of the jail staff

3

informally. If this is not possible, the inmate may complete a request form, stating his grievance. The original copy of an inmate's grievance and/or request form, containing the response of a jail official(s), is placed in an inmate's jail file.

14. Inmates are made aware of the grievance procedure and the medical request procedure by receipt of an inmate handbook at the time they are booked. This handbook describes not only the grievance process, but the general operation and rules of the jail.

15. Mr. Green did not file a grievance regarding any of the allegations contained in his Complaint.

16. The cooler and meal trays provided to Mr. Green featured the phrase "black tie" in very discreet, subtle lettering, not "all over it" as alleged by Mr. Green. Mr. Green was provided disposable utensils with which to eat his meals. These practices are likely unnecessary from a medical and health perspective; however, many inmates housed at the Elmore County Jail have gross misconceptions about the transmission of infectious diseases such as HIV, AIDS, Hepatitis A, B and C, and sexually transmitted diseases. Inmates' misconceptions about these and other illnesses lead them to believe that they can "catch" such illnesses from subsequent use of an eating utensil, even if washed, or by drinking from the same water supply as an infected inmate. As a result, inmates with conditions such as HIV and AIDS receive a designated water cooler and meal tray and use disposable eating utensils so that other inmates do not believe that their eating utensils or the meal tray on which their food is served were used previously by an inmate with HIV or AIDS. This practice is intended to preserve institutional order and security.

17. Inmates usually maintain distance between themselves and those they consider "contagious"; therefore, it is unlikely that inmates confined with Mr. Green attempted to intimidate or threaten him.

18. During Mr. Green's incarceration at the Elmore County Jail, I was not aware, nor did anyone inform me, that he was displeased with his conditions of confinement. Furthermore, I had no knowledge of or input in the placement or classification of Mr. Green upon intake into the jail.

19. I did not violate or cause to be violated any right to which Mr. Green was entitled.

20. I have not authorized or allowed anyone to act contrary to the Elmore County Jail Manual of Policies and Procedures or to violate the rights of any Elmore County Jail inmate, nor am I aware of any such violation.

21. I certify and state that the documents provided to the Court which are attached to the Defendant's Special Report are true and correct copies of the inmate records, kept at the Elmore County Jail in the regular course of business.

22. I swear, to the best of my present knowledge, information and belief, that the above statements are true, that I am competent to make this affidavit, and that the above statements were made by drawing from my personal knowledge of the situation.

_____
SUE ROBERTS

**SWORN TO and SUBSCRIBED** before me this 24th day of October, 2006.

_____
NOTARY PUBLIC
My Commission Expires: 8/10/09

5