UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

JEREMIAH W. GREEN,            :
                              :
    Plaintiff,                :
                              :
v.                            :   CIVIL ACTION NO.
                              :   2:06-CV-667-WKW-VPM
ELMORE COUNTY JAIL, et al.,   :
                              :
    Defendants.               :

## PLAINTIFF'S MOTION FOR EXTENSION OF TIME

COMES NOW, Jeremiah W. Green, the Plaintiff in the above-styled cause and moves this Honorable Court for an extension of time of 30 days in which to file his Response to the Special Report and Answer of Defendant Sue Roberts, which is due on November 08, 2006. The Plaintiff's grounds for this Motion are as follows:

1. On October 26, 2006, this Honorable Court entered an Order directing the Plaintiff to Respond to the Special Report of Defendant Sue Roberts within fifteen (15) days. (Doc. 18-1)

2. Plaintiff did not receive said Order through the prison mailing system at the Federal Prison Camp Atlanta until the evening of October 31, 2006.

3. Plaintiff is in need of additional time to fully respond in opposition to Defendant's Special Report.

4. It is necessary for Plaintiff to obtain additional documents relating to the Defendant's Special Report. Such documents include the unpublished case law cited in Defendant's Special Report. See BOP Law Libraries Materials list attached

and annexed as Exhibit A. Also see the letter of October 28, 2006, to Defendant's counsel requesting courtesy copies of such case law, attached and annexed as Exhibit B.

5. Plaintiff is unable to obtain access to a Notary Public for the affirmation of any affidavits, as required by this Court, within the specified timeframe. Plaintiff is required to provide the Federal Prison Camp Atlanta with an advance notice of his need for a Notary Public so that one may be sent from the United States Penitentiary in Atlanta. In the recent past, such requests have taken up to one (1) month to fulfill.

6. Plaintiff has not previously requested an extension of time in this case.

7. The Defendants will not be prejudiced by the requested extension of time.

**WHEREFORE**, for the aforementioned reasons, the Plaintiff respectfully requests this Honorable Court grant the Motion for Extension of Time to file the Response to the Defendant's Special Report and Answer up to and including, December 07, 2006.

Respectfully Submitted this 4th day of November, 2006.

*Jeremiah W. Green*
Jeremiah W. Green, Plaintiff
Federal Reg. No. 11165-171
Federal Prison Camp Atlanta
Post Office Box 150160
Atlanta, Georgia 30315-0160

CERTIFICATE OF SERVICE

I, Jeremiah W. Green, hereby certify that on this 4th day of November, 2006, I have served the foregoing document on the following person(s):

> Mr. C. Richard Hill, Jr.
> Attorney for Defendant Sue Roberts
> WEBB & ELEY, P.C.
> Post Office Box 240909
> Montgomery, Alabama 36124-0909

by placing a true and correct copy of the foregoing in the prison mailing system mailbox located at the Federal Prison Camp Atlanta, postage prepaid, on this 4th day of November, 2006.

*Jeremiah W. Green*
Jeremiah W. Green, Plaintiff
Federal Reg. No. 11165-171
Federal Prison Camp Atlanta
Post Office Box 150160
Atlanta, Georgia 30315-0160

```
                                              PS 1315.07
                                                11/5/99
                                       Attachment B, Page 1
```

REQUIRED MATERIALS FOR SATELLITE CAMP LAW LIBRARIES

1. REPORTERS:

    a. <u>Decisions of the United States Supreme Court</u>, 1964 - present. (Lexis Law Publishing Co.).

    b. <u>Federal Reporter, 2d Series</u>, Volumes 604 - 999 (West Group).

    c. <u>Federal Reporter, 3d Series</u>, Volumes 1 - present (West Group).

    d. <u>Criminal Law Reporter</u> (new institutions purchase first annual subscription; subsequent subscriptions ordered by Central Office) (BNA).

2. STATUTES:

    a. <u>United States Code Annotated</u>. (West Group). (Pamphlet volumes not included)

    

    (1) Title 5, sections 1 - 5100.

    (2) Title 18, complete.

    (3) Title 21, complete.

    (4) Title 26, sections 3101 to end.

    (5) Title 28, volumes containing the Rules of the United States Supreme Court, United States Court of Appeals Rules and Federal Rules of Appellate Procedure.

    (6) Title 28, sections 2201 to end.

    (7) Title 42, sections 1771 - 2010.

    b. <u>United States Constitution</u> and Amendments, (complete).

3. RULES:

    a. <u>Federal Civil Judicial Procedures & Rules</u> (West Group).

    b. <u>Federal Criminal Code & Rules</u> (West Group).



PLAINTIFF'S EXHIBIT "A"

**DO NOT REMOVE FROM LAW - LIBRARY**

PS 1315.07
11/5/99
Attachment B, Page 2

4.  REGULATIONS:

    Title 28 of the Code of Federal Regulations
    (U.S. Government Printing Office) (three copies).*

5.  PROGRAM STATEMENTS:

    a. All current Bureau of Prisons Program Statements which contain rules codified in Chapters III or V of Title 28 of the Code of Federal Regulations.

    b. Any other Program Statement or Institution Supplement that the Warden may deem to be of interest to the inmate population, with the exception of those documents that are restricted.

6.  OTHER MATERIALS:

    a. <u>Black's Law Dictionary</u> (West Group).

    b. <u>Complete Manual of Criminal Forms</u>, Bailey and Fishman (West Group).

    c. <u>Constitutional Rights of Prisoners</u>, Palmer (Anderson Publishing Co.).

    d. <u>Law of Sentencing, Corrections and Prisoners' Rights</u>, Krantz (West Group).

    e. <u>Criminal Procedure in a Nutshell</u>, Israel and LaFave (West Group) (three copies).*

    f. <u>Federal Habeas Corpus Practice and Procedure</u>, Liebman and Hertz (Michie Publishing Co.) (all volumes and supplements) (two copies).*

    g. <u>Legal Research in a Nutshell</u>, Cohen and Kent (West Group) (three copies).

    h. <u>Legal Research and Writing: Some Starting Points</u>, Statsky (West Publishing Co.).

    i. <u>Manual for Courts-Martial, 1995</u>, United States (U.S. Government Printing Office).

    j. <u>Modern Criminal Procedure</u>, Israel and Kamisar (West Group).

```
                                              PS 1315.07
                                                11/5/99
                                     Attachment B, Page 3
```

k. <u>Prisoners' Assistance Directory</u> (The National Prison Project).

l. <u>ABA's Family Legal Guide</u>, (Publications International Ltd.).

\* These copies may be loaned to other inmate law libraries at the Supervisor of Education's discretion.

Jeremiah W. Green, Reg. No. 11165-171
Federal Prison Camp Atlanta
Post Office Box 150160
Atlanta, Georgia 30315-0160

October 28, 2006

Mr. C. Richard Hill, Jr.
Webb & Eley, P.C.
7475 Halcyon Pointe Drive
Post Office Box 240909
Montgomery, Alabama 36124

RE: Jeremiah W. Green v. Elmore County Jail, et al.
    Civil Action No. 2:06-CV-667-WKW-VPM
    Your File No. 10010.931

Dear Mr. Hill:

On October 27, 2006, I received the Defendant's Special Report, the Defendant's Answer, and the Affidavit of Sue Roberts. Enclosed for your perusal, you will find a copy of page (5) of the Affidavit of Sue Roberts, which is partially illegible. This copy is an exact replica of the copy provided to me by your office. Consequently, I hereby request that your office provide me with a fully legible copy of page (5) of the Affidavit of Sue Roberts.

Also, you have cited case law in the Defendant's Special Report that is not readily accessible to me as a Federal Inmate, and I hereby request that your office provide me with copies of the following case cites from your Defendant's Special Report:

Williams v. Limestone County, Ala., 2006 WL 2805636
Gray ex rel. Alexander v. Bostic, 458 F.3d 1295
Boxer X v. Donald, 169 Fed. Appx. 555
Roque v. Armstrong, 392 F. Supp.2d 382
Runkle v. Gonzalez, 391 F. Supp.2d 210
Univ. of Colorado Hosp. Auth. v. Denver Pub. Co., 340 F. Supp. 2d 1142
Brock v. Provident Am. Ins. Co., 144 F. Supp.2d 652
Badillo v. Thorpe, 158 Fed. Appx. 208
Dukes v. Georgia, 428 F. Supp.2d 1298
United States v. Georgia, 126 S. Ct. 877
Leverette v. Alabama Revenue Dep't, 2006 WL 2730431
Washington v. Harris, 2006 WL 1735870
Tribe v. Snipes, 19 Fed. Appx. 325
Phi-Har v. Corrections Corp. of Am., 154 Fed. Appx. 886

Thanking you in advance for your attention to the courtesies requested herein.

Sincerely,

Jeremiah W. Green

JWG/
cc: U.S. Magistrate Judge Vanzetta Penn McPherson
Enclosure (1)

One of Two

Two of Two

PLAINTIFF'S EXHIBIT "B"

PLAINTIFF'S EXHIBIT "B"