UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

JEREMIAH W. GREEN,                :
                                  :
     Plaintiff,                   :
                                  :
v.                                :   CIVIL ACTION NO.
                                  :   2:06-CV-667-WKW-VPM
ELMORE COUNTY JAIL, et al.,       :
                                  :
     Defendants.                  :

MOTION FOR LEAVE FOR DISCOVERY
TO IDENTIFY MULTIPLE OTHER "DOE" DEFENDANTS

COMES NOW, Jeremiah W. Green, the Plaintiff in the above-styled cause and moves this Honorable Court for Leave for Discovery pursuant to Fed. Rules of Civ. Proc., Rule 31, Rule 33, Rule 34, and Rule 36.

The Plaintiff listed multiple "Doe" Defendants in the initial complaint, and in this Courts Order of July 28, 2006, (Doc. 5-1) the Plaintiff was Ordered to inform the Court of the true names of each of the "Doe" Defendants, and to specifially describe how each of these Defendants violated the Plaintiff's Constitutional Rights.

In response to the Courts Order, Id., the Plaintiff filed a Declaration under 28 U.S.C. §1746, which described in detail each "Doe" Defendant's personal and physical characteristics, in an attempt to provide the Court with enough detail to prove that the Plaintiff could easily identify those persons, should the Plaintiff be provided the opportunity to do so.

In the Courts Order of August 17, 2006, (Doc. 8-1), the Court Ordered Defendant Sue Roberts to provide further additional

information to assist the Court in properly and effectively processing the Plaintiff's complaint. As such, Defendant Sue Roberts could have easily identified those individuals involved in the Plaintiff's complaint, by and through the use of the Plaintiff's extremely detailed Declaration of August 08, 2006. Defendant Sue Roberts would have then been able to obtain the sworn written statements of those "Doe" Defendants as Ordered by this Court in the Order of August 17, 2006, Supra, thus allowing the Plaintiff to serve the additional six (6) "Doe" Defendants whom he has so diligently been trying to name.

The Plaintiff has been prejudiced by Defendant Roberts lack of compliance to the August 17, 2006, Order of this Court. This Honorable Court would then have the sworn statements of seven (7) Defendants, rather than only the statements of the only known Defendant, Sue Roberts.

**WHEREFORE,** the Plaintiff respectfully moves this Honorable Court for Leave to begin vital Discovery, which will enable the Plaintiff to efficaciously achieve service on the remaining Defendants in this instant action.

Respectfully Submitted this 4th day of November, 2006.

Jeremiah W. Green, Plaintiff
Federal Reg. No. 11165-171
Federal Prison Camp Atlanta
Post Office Box 150160
Atlanta, Georgia 30315-0160

CERTIFICATE OF SERVICE

I, Jeremiah W. Green, hereby certify that on this 4th day of November, 2006, I have served the foregoing document on the following person(s):

>Mr. C. Richard Hill, Jr.
>Attorney for Defendant Sue Roberts
>WEBB & ELEY, P.C.
>Post Office Box 240909
>Montgomery, Alabama 36124-0909

by placing a true and correct copy of the foregoing in the prison mailing system mailbox located at the Federal Prison Camp Atlanta, postage prepaid, on this 4th day of November, 2006.

>*[signature]*
>Jeremiah W. Green, Plaintiff
>Federal Reg. No. 11165-171
>Federal Prison Camp Atlanta
>Post Office Box 150160
>Atlanta, Georgia 30315-0160