UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

JEREMIAH W. GREEN,   :
                    :
    Plaintiff,      :
                    :
v.                  :   CIVIL ACTION NO.
                    :   2:06-CV-667-WKW-VPM
ELMORE COUNTY JAIL, et al.,   :
                    :
    Defendants.     :

MOTION TO STAY PROCEEDINGS AND
MOTION TO COMPEL DEFENDANT SUE ROBERTS TO
FULLY COMPLY WITH THE COURT'S ORDER OF AUGUST 17, 2006

COMES NOW, Jeremiah W. Green, the Plaintiff in the above-styled cause and moves this Honorable Court for an Order to stay proceedings and an Order to Compel Defendant Sue Roberts to fully comply with the August 17, 2006, Order of Magistrate Judge Vanzetta Penn McPherson. (Doc. 8-1)

On August 17, 2006, Magistrate Judge Vanzetta Penn McPherson issued an Order requiring Defendant Sue Roberts to provide further additional information so that the complaint, as amended, could be properly and effectively processed by the court.

On September 25, 2006, counsel for Defendant Roberts filed a Motion for Extension of Time of 30 days to comply with the Order of August 17, 2006.

On September 27, 2006, Magistrate Judge Vanzetta Penn McPherson granted Defendant's Motion for Extension of Time, thus allowing for seventy (70) days to respond to the Order.

On October 25, 2006, counsel for Defendant Roberts filed the Defendant's Special Report and Answer with the Court. The

Plaintiff received copies of such filing on October 31, 2006, at 16:20 via the prison mailing system at the Federal Prison Camp Atlanta.

In the August 17, 2006, Order of Magistrate Judge Vanzetta Penn McPherson (Doc 8-1), Id., Defendant Roberts was ordered to address several pertinent issues, however, in her Special Report and Answer Defendant Roberts failed to comply with the Order by <u>not</u> addressing the following:

1.) Id., Page 2, ¶1, "...determine whether other similar complaints, whether pending in this court or elsewhere, should be considered together."

2.) Id., Page 2, ¶2, "[file] the sworn statements of **all** persons having knowledge of the subject matter of the complaint, as amended." (emphasis added)

3.) Id., Page 2, ¶2, "<u>Where the plaintiff's claim or the defendants' defenses relate to or involve the application of administrative rules, regulations, or guidelines, the written report shall include copies of all such applicable administrative rules, regulations or guidelines.</u>"

4.) Id., Page 2, ¶5, "<u>No</u> motion for summary judgment, motion to dismiss or any other dispositive motions addressed to the complaint and amended complaint be filed by any party without permission of the court."

Defendant Robert's failure to fully comply with the Order of Magistrate Judge Vanzetta Penn McPherson, Id., has prejudiced Plaintiff to an undetermined extent, thus precluding Plaintiff from filing in opposition of Defendant as justice requires.

**WHEREFORE**, the Plaintiff respectfully moves this Honorable Court to issue an Order compelling Defendant Sue Roberts to complete her Special Report as previously Ordered by Magistrate Judge Vanzetta Penn McPherson on August 17, 2006, and until such time as the Defendant's complete Special Report and evidentiary materials are received by the Plaintiff, this Honorable Court stay all proceedings in this instant action.

Respectfully Submitted this 4th day of November, 2006.

*[signature]*
Jeremiah W. Green, Plaintiff
Federal Reg. No. 11165-171
Federal Prison Camp Atlanta
Post Office Box 150160
Atlanta, Georgia 30315-0160


CERTIFICATE OF SERVICE

I, Jeremiah W. Green, hereby certify that on this 4th day of November, 2006, I have served the foregoing document on the following person(s):

Mr. C. Richard Hill, Jr.
Attorney for Defendant Sue Roberts
WEBB & ELEY, P.C.
Post Office Box 240909
Montgomery, Alabama 36124-0909

by placing a true and correct copy of the foregoing in the prison mailing system mailbox located at the Federal Prison Camp Atlanta, postage prepaid, on this 4th day of November, 2006.

*[signature]*
Jeremiah W. Green, Plaintiff
Federal Reg. No. 11165-171
Federal Prison Camp Atlanta
Post Office Box 150160
Atlanta, Georgia 30315-0160