IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | | |
|---|---|---|
| JEREMIAH W. GREEN | * | |
| Plaintiff, | * | |
| v. | * | 2:06-CV-667-WKW |
| AJA ROBERTS | * | |
| Defendant. | * | |

_____

**ORDER ON MOTION**

Upon consideration of Plaintiff's Motion for Extension of Time, and for good cause, it is ORDERED that:

1. Plaintiff's Motion for Extension of Time (Doc. No. 21), is GRANTED;

2. Plaintiff is GRANTED an extension from November 8, 2006 to December 7, 2006 to file a response to Defendant's answer and written report.

Done, this 15th day of November 2006.

　　　　　　　　　　　　　　　　　　/s/Charles S. Coody
　　　　　　　　　　　　　　　　　CHARLES S. COODY
　　　　　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE