IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | | |
|---|---|---|
| JEREMIAH W. GREEN | * | |
| Plaintiff, | * | |
| v. | * | 2:06-CV-667-WKW |
| AJA ROBERTS | * | |
| Defendant. | * | |

_____

**ORDER ON MOTION**

Upon consideration of Plaintiff's Motion to Stay Proceedings, and for good cause, it is

ORDERED that the motion (Doc. No. 23) be and is hereby DENIED.

Upon consideration of Plaintiff's Motion to Compel Defendant Roberts to fully comply with the court's August 17, 2006 order of procedure, and for good cause, the motion shall be granted in part and denied in part.  The motion (Doc. No. 23) is GRANTED with respect to ¶3 on page 2 of Doc. No. 23 and DENIED as to ¶¶ 1, 2 & 4 of said document. Accordingly, it is further

ORDERED that on or before November 29, 2006 Defendant Roberts shall supplement her October 25, 2006 special report by filing a copy of the policy, guidelines, and/or regulations which concern the policies referenced in Defendant Roberts' affidavit filed in support of her special report.  Defendant Roberts shall also produce any and all documents,

records, guidelines, *etc*, if such exist, which are maintained and/or kept by the Elmore County Jail in the ordinary course of business which concern matters pertaining to the care and housing of inmates/detainees with communicable diseases.

 Done this 15th day of November, 2006.


            /s/Charles S. Coody
           CHARLES S. COODY
           CHIEF UNITED STATES MAGISTRATE JUDGE