IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | | |
|---|---|---|
| JEREMIAH W. GREEN | * | |
| Plaintiff, | * | |
| v. | * | 2:06-CV-667-WKW |
| AJA ROBERTS | * | |
| Defendant. | * | |

_____

**ORDER ON MOTION**

Upon consideration of the Motion to Supplement Defendants' Special Report and for good cause, it is

ORDERED that the motion (Doc. No. 28) be and is hereby GRANTED.

Done, this 13th day of December 2006.


                                             /s/Wallace Capel, Jr.
                                        WALLACE CAPEL, JR.
                                        UNITED STATES MAGISTRATE JUDGE