| CLASSIFICATION | SECTION ____.00 |
|---|---|
| <u>Classification</u> | Title ____.01 |

*Policy*

It is the policy of the Elmore County Sheriff's Department that inmates incarcerated in the Elmore County Jail be assigned cells in a manner which will ensure the safety and security of the inmates and jail staff and will ensure the orderly operation of the Elmore County Jail.

*Procedure*

A.  *General Concern*

1.  The assignment of an inmate to a particular cell or any change in cell assignment is the responsibility of jail officials only. No inmate will determine the cell assignment of another inmate.

2.  Inmates shall not be separated on the basis of race or religion.

3.  Inmates shall be separated on the basis of sex.

4.  Due to the limitations of the physical structure of the Elmore County Jail, complete separation of pre-trial and post-trial inmates is not always possible. However, insofar as possible, these classes of inmates will be separated from each other. The primary objective of the jail staff with regard to cell assignment will be inmate safety.

5.  When it is apparent or seems likely that two inmates represent a potential threat to each other or will not be able to exist together in the same living area without potential conflict, those inmates shall be separated.

6.  All state and federal prisoners or detainees being held or housed in the Elmore County Jail will be subject to the rules and regulations of the Elmore County Jail.

7.  No juveniles will be housed at the Elmore County Jail.

Title _____.01
Classification
Page 2 of 2 Pages

B. *Classification System*

1. Inmates will be placed in one of the following classifications:

   a. pre-trial detainee;
   b. convicted misdemeanor;
   c. convicted felon.

2. Insofar as possible, pre-trial detainees shall be separated from convicted felons with pre-trial detainees being placed in the upstairs front portion of the jail and convicted felons being placed in the upstairs rear portion of the jail. Those convicted of misdemeanors may be placed in either area at discretion of the Jail Administrator and the Sheriff.

C. *Special Security Risks*

1. If there is any indication that an arrestee may be a security risk, behavior problem, mental health case, or other conflict, the booking officer shall notify the shift supervisor who shall inform the Jail Administrator.

2. The shift supervisor shall consider the nature of the arrestees charges, the amount of his bond, whether he has a history of escapes, and whether the inmate needs protective custody before assigning housing. These decisions will be reviewed by the Jail Administrator at the earliest possible time.

3. The shift supervisor, after he has assigned housing for a security risk inmate, will forward any special supervision instructions to the supervisor of the next shift.

4. Members of the jail staff are encouraged to, where possible, consult with physicians, mental health providers, other agencies or other persons or entities in determining whether the person should be classified as a special security risk.

5. Inmates deemed to be special security risks will be supervised closely after being assigned to a cell.

6. All subsequent housing assignments of an inmate deemed to be a special security risk and the reasons for such re-assignments must be documented by the staff member initiating the move and must be approved by the Jail Administrator.

By Order of:

_____
Bill Franklin, Sheriff

Effective Date: _____

Reference Forms:

| SANITATION AND CLOTHING | SECTION _____.00 |
|---|---|
| <u>Special Clothing</u> | Title _____.07 |

*Policy*

It is the policy of the Elmore County Sheriff's Department to provide proper clothing to persons incarcerated in the Elmore County Jail in order that they may be protected and identified.

*Procedure*

1. Inmates assigned to work on the jail grounds will be required to wear appropriate protective clothing, such as earplugs, safety glasses, gloves, or other items as deemed necessary by the jail administrator.

2. All trusties at the Elmore County Jail will be required to wear red uniforms.

3. All county inmates incarcerated in the Elmore County Jail shall be issued and required to wear light blue uniforms.

4. All state inmates incarcerated in the Elmore County Jail shall be issued and required to wear dark blue uniforms.

5. Persons working in the kitchen or food service shall be required to wear clean, appropriate clothing, as well as any other equipment deemed appropriate by the jail supervisor.

By Order of:

_____
Bill Franklin, Sheriff

Effective Date: _____

Reference Forms:

| ADMISSION AND BOOKING OF INMATES | SECTION _____.00 |
|---|---|
| <u>Enemies List</u> | Title _____.12 |

### Policy

It is the policy of the Elmore County Sheriff's Department that no person be incarcerated in a situation within the Elmore County Jail where his life or health may be threatened by another inmate when, by making the situation known to members of the jail staff, he can be incarcerated elsewhere.

### Procedure

1. All persons being booked into the Elmore County Jail will be given the opportunity to complete an enemies list.

2. The booking officer will give the arrestee an opportunity to make known in writing any person within the jail whom he fears or has reason to believe is a threat to him in any way.

3. If the inmate states that there is an inmate or inmates that would do him harm, jail personnel will list the inmate or inmates on the enemies list form stating the reason the new inmate feels that he is in danger.

4. Whenever such a situation occurs, the shift supervisor will be notified and the new inmate will be housed away from those who he fears will cause him harm.

5. If the new inmate states that he has no knowledge of any other inmate who would cause him harm, the booking officer will note this on the booking sheet by checking the appropriate space. Upon completion of the enemies list, the inmate will be asked to sign the form and it will then be placed in his jail file.

By Order of:

_[signature: Bill Franklin]_
Bill Franklin, Sheriff

Effective Date: _____

Reference Forms:

| INMATE RIGHTS | SECTION ____.00 |
|---|---|
| <u>Inmate Rights</u> | Title ____.01 |

*Policy*

It is the policy of the Elmore County Sheriff's Department that Sheriff's Department personnel employed at the Elmore County Jail be aware of and protect inmate rights, both civil and legal. These rights include:

    a.    Freedom from discrimination based on race, religion, national origin, sex, handicap or political beliefs;

    b.    Equal access to programs and work assignments;

    c.    Protection from personal abuse, corporal punishment, personal injury, disease, property damage, and harassment; and

    d.    Freedom from reprisals or penalties as a result of seeking administrative or judicial redress.

*Procedure*

1. All employees having direct contact with inmates must treat them respectfully and courteously.

2. All inmates shall have equal access to programs, services, activities, and work assignments. Assess will be denied only to maintain security, order, or for other legitimate penalogical reasons such as a loss of privileges as a result of disciplinary action.

3. Jail staff may use only the minimum physical force necessary to control combative or uncooperative inmates. Physical abuse may not be used to punish an inmate for a rule violation.

4. Discipline will be fairly and equally administered.

5. The Sheriff and Jail Administrator will review policies and procedures annually to be sure that all rights to which the inmates are entitled are being upheld.

Title _____ .01
Inmate Rights
Page 2 of 2 Pages

6. The Jail Administrator will ensure that all jail personnel receive training in inmate rights. This training will include, but not be limited to:

   a. The proper execution of policies and procedures necessary to ensure the rights of inmates; and

   b. Report writing and documentation of procedures implemented to ensure the rights of inmates.

By Order of:

_____
Bill Franklin, Sheriff

Effective Date: _____

Reference Forms:

| ADMINISTRATION, ORGANIZATION, AND MANAGEMENT | SECTION ____.00 |
|---|---|
| Code of Ethics | Title ____.02 |

### Policy

It is the policy of the Elmore County Sheriff's Department that members of the Elmore County Jail staff conduct themselves in a manner so as to ensure that inmates and their families are dealt with in a constitutional, honest, fair, and impartial manner.

### Procedure

1. Except as permitted by written authority by jail command, a member of the jail staff shall not fraternize with, engage the services of, or do favors for any person in the custody of the Elmore County Jail.

2. Employees of the Elmore County Sheriff's Department shall not discriminate against any inmate on the basis of race, religion, gender, creed, or national origin.

3. Employment of corporal punishment or unnecessary use of physical force is forbidden.

4. Members of the jail staff shall never intentionally demean or humiliate an inmate.

5. The critical discussion of staff members or inmates in the presence of any inmate is strictly forbidden.

6. Members of the jail staff shall not divulge confidential information without authorization.

7. Members of the jail staff shall not inquire about, disclose, or discuss details of any inmate's civil or criminal cases other than as may be absolutely necessary in the performance of their official duties.

8. Nothing in this Policy and Procedure Manual shall prohibit and employee of the Elmore County Sheriff's Department from advising or counseling an inmate to resolve a personal problem so long as the officer does so in good faith and in accordance with law and these regulations.

Title _____.02
Code of Ethics
Page 2 of 2 Pages

9. No member of the Elmore County Sheriff's Department will exchange personal gifts or favors with an inmate, their families, or their friends, or accept any form of bribe or unlawful inducement from such persons.

10. No member of the Elmore County Sheriff's Department will perform duties at the Elmore County Jail while under the influence of intoxicants or consume intoxicants while on duty.

11. No member of the jail staff will leave their post of duty without permission from the Sheriff or Jail Administrator.

12. No member of the jail staff will violate or disobey established rules, regulations, or lawful orders of a superior officer.

13. No member of the jail staff will bring any type of weapon or item declared as contraband into the jail without proper authorization from the Sheriff or Jail Administrator.

14. All members of the Elmore County Jail staff will be familiar with the policies and procedures contained in the Elmore County Sheriff's Department Policy and Procedure Manual.

By Order of:

*[signature: Bill Franklin]*
Bill Franklin, Sheriff

Effective Date:

Reference Forms:

| HEALTH CARE SERVICES | SECTION _____.00 |
|---|---|
| AIDS Inmates | Title _____.15 |

*Policy*

It is the policy of the Elmore County Sheriff's Department to identify and make treatment available for those inmates who are determined to be AIDS carriers in a professional and confidential manner and to take precautions in seeking to protect other inmates and members of the jail staff from exposure to the virus.

*Procedure*

A. *Screening*

1. Members of the jail staff _____ risk of transmission of the HIV virus may occur when they are exposed to blood, bodily fluids, vaginal secretions, semen, or bodily tissues from a person carrying the virus. Exposure may also occur when cleaning up vomitus or in treating an injury.

2. An in-depth screening by a licensed physician should take place if, during the initial medical screening during booking, the inmate reveals that he has

   a. been an intravenous drug user;
   b. experienced recent weight loss;
   c. experienced night sweats;
   d. suffered from chronic diarrhea;
   e. suffered from swollen lymph nodes;
   f. experienced extreme fatigue;
   g. has a persistent fever;
   h. suffered from recurrent pneumonia; or
   i. has purple skin lesions present.

3. Similarly, inmates should receive additional health screening who belong to groups which are at a high risk for HIV infection. These groups include:

   a. homosexual and bisexual males;
   b. intravenous drug users;

Title _____.15
AIDS Inmates
Page 2 of 2 Pages

    c.    transfusion recipients;
    d.    inmates with a history of hepatitis;
    e.    hemophiliacs;
    f.    Haitian immigrants; or
    g.    heterosexuals with a partner in one of the above risk groups.

B.    *Testing*

1.    An inmate may request an HIV test if he states that he is an HIV carrier.

2.    HIV tests will be made available to members of the jail staff upon request.

By Order of:

_____
Bill Franklin, Sheriff

Effective Date: _____

Reference Forms:

| INMATE RIGHTS | SECTION \_\_\_\_\_.00 |
|---|---|
| Inmate Requests and Grievances | Title \_\_\_\_\_.05 |

### *Policy*

It is the policy of the Elmore County Sheriff's Department that members of the jail staff receive and answer any written grievances or requests made by inmates to the Sheriff, Jail Administrator, or jail personnel.

### *Procedure*

A.  *Requests*

1.  Requests for medical attention, telephone calls, or other matters must be made in written on an Inmate Request Form.

2.  An exception exists for requests of an emergency nature which will be handled immediately without a written request.

3.  All requests will be routed to the Jail Administrator and, if necessary, forwarded by him to the proper authority.

4.  Inmates housed in the Elmore County Jail will be furnished with Inmate Request Forms for the purpose of stating their requests or grievances in writing.

5.  Jail personnel are charged with the responsibility of receiving and forwarding these forms to the proper authority at any time they are offered a completed form by an inmate.

B.  *Grievances*

1.  Inmates are encouraged to informally resolve grievances between themselves and members of the staff when possible. If this is not possible, the inmate may complete a request form stating his grievance.

2.  The staff member receiving the Inmate Request Form must sign it, date it, and note the time of day it is received.

3. If possible, the member of the jail staff receiving a grievance should answer it but, if he cannot do so, it should be forwarded to the Jail Administrator for further action.

4. The staff member answering the grievance must decide if a staff member or inmate has acted improperly, if an inmate's rights were violated, if privileges were unjustly denied, of if a crime was committed. After reviewing the grievance, he must write his response on the Inmate Request Form, giving findings which substantiate or disprove the complaint and, if applicable, a remedy. This person must also sign, date, and note the time of his response on the request form.

5. After the above process is completed, a copy of the request form containing the response is made and delivered to the inmate. This should be done within 72 hours of the time the grievance is received, excluding weekends and holidays.

6. Grievances should be first answered by the appropriate staff member at the lowest level in the chain of command.

7. If an inmate is dissatisfied with the response he receives, he may appeal, in writing, to the next higher level in the chain of command of the Sheriff's Department.

8. The original copy of the inmate's grievance, containing the response by jail officials, shall be placed in the inmate's jail file.

9. No negative sanction may be taken against any inmate for filing a grievance.

By Order of:

_____
Bill Franklin, Sheriff

Effective Date: _____

Reference Forms:

| | |
|---|---|
| ADMISSION AND BOOKING OF INMATES | SECTION _____.00 |
| <u>Regulations Receipt</u> | Title _____.13 |

## Policy

It is the policy of the Elmore County Sheriff's Department to inform persons who are to be incarcerated in the Elmore County Jail of the jail's rules and regulations in order that they may be peacefully assimilated into the jail population causing as little disruption to the orderly running of the facility as possible.

## Procedure

1. At the time an inmate is booked into the jail, the booking officer will issue a copy of the Inmate Handbook Rules and Regulations to the new inmate.

2. The booking officer will then complete the Rules and Regulations Receipt form advising the new inmate that he will be required to abide by those rules and regulations while incarcerated in Elmore County.

3. The new inmate will then be required to sign the regulations receipt form and it will be placed in the inmate's jail file.

4. The booking officer will inform the new inmate that, at the time he is released, he will be required to return the inmate handbook and, if he is unable to do so, that he will be charged $1 as a replacement cost.

5. The Elmore County Sheriff's Department will pursue all avenues open to it in order to secure costs for inmate handbooks which are not returned.

By Order of:

_____
Bill Franklin, Sheriff

Effective Date: _____

Reference Forms: