**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

December 14, 2006

# NOTICE OF CORRECTION

**From:   Clerk's Office**

**Case Style: Jeremiah W. Green vs. Elmore County Jail, et al**
**Case Number: 2:06cv667-WKW**

**Pleading : #29 - Motion for Extension of Time to Comply with Order**

**Notice of Correction is being filed this date to advise that the referenced pleading was e-filed on 12/8/06 with the wrong pdf document attached.**

**The corrected pdf document is attached to this notice.**

Jeremiah W. Green, Reg. No. 11165-171
Federal Prison Camp Atlanta
Post Office Box 150160
Atlanta, Georgia 30315-0160

December 05, 2006

RECEIVED
2006 DEC -8  A 10: 06

P. HACKETT, C.
DISTRICT COURT
MIDDLE DISTRICT ALA.

The Honorable Charles S. Coody
Chief United States Magistrate Judge
United States District Court
Middle District of Alabama
Post Office Box 711
Montgomery, Alabama 36101-0711

RE:   Notification to Court
      Case No. 2:06-CV-667-WKW

Dear Magistrate Judge Coody:

   In this Honorable Court's November 15, 2006 Order, (Doc. 27-1) the Defendant Sue Roberts was Ordered to supplement her October 25, 2006 special report by filing a copy of the policy, guidelines, and/or regulations which concern the policies referenced in Defendant Roberts' affidavit filed in support of her special report. Defendant Roberts was Ordered to produce these documents on or before November 29, 2006.

   As of the date of this notification, December 05, 2006, I, the Plaintiff, have not received these much needed documents, all of which are required to meet my pending deadline of December 07, 2006, pursuant to this Honorable Court's previously granted extension of time for the Plaintiff, (Doc. 26-1).

   Wherefore, the Plaintiff would like to bring the aforementioned to this Honorable Court's attention. Thanking the Court for its time and understanding in this matter.

                                       Most Sincerely,

                                       Jeremiah W. Green

cc:   Office of the Clerk
      Middle District of Alabama

      Mr. C. Richard Hill, Jr.
      WEBB & ELEY, P.C.
      Attorney for Defendant Roberts