IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

JEREMIAH W. GREEN,

    Plaintiff,

v.

ELMORE COUNTY JAIL, et al.,

    Defendants.

:
:
:
:    CIVIL ACTION NO.
:    2:06-CV-667-WKW-VPM
:
:
:
:

2006 DEC 13 A 10: 36

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

MOTION TO COMPEL DEFENDANT SUE ROBERTS
TO COMPLY WITH THE COURT'S ORDER OF NOVEMBER 15, 2006

COMES NOW, Jeremiah W. Green, the Plaintiff in the above-styled cause and moves this Honorable Court for an Order to Compel Defendant Sue Roberts to comply with the Court's Order of November 15, 2006, (Doc. 27-1), which required Defendant Roberts to "..supplement her October 25, 2006 special report by filing a copy of the policy, guidelines, and/or regulations which concern the policies referenced in Defendant Roberts' affidavit filed in support of her special .report.  Defendant Roberts shall also produce any and all documents, records, guidelines, etc, if such exist, which are maintained and/or kept by the Elmore County Jail in the ordinary course of business which concern matters pertaining to the care and housing of inmates/detainees with communicable diseases."

In the August 17, 2006, Order of Magistrate Judge Vanzetta Penn McPherson, (Doc. 8-1), Defendant Roberts was first ordered to supply the aforementioned policies and records with her special report.  However, in Defendant Roberts special report of October 25, 2006, she failed to comply with the Order in full, and chose

not to provide the required policies and records which she relied on for her special report and supporting affidavit.

In the Plaintiff's November 04, 2006, Motion to Compel, the Plaintiff requested the <u>first</u> Motion to Compel for these very same policies and records. (Doc. 23)

On November 15, 2006, Chief Magistrate Judge Charles Coody, granted the Plaintiff's Motion, (Doc. 23), requiring Defendant Sue Roberts to fully comply with the original Order, (Doc. 8-1), of Magistrate Judge Vanzetta Penn McPherson, on or before November 29, 2006.

To date, Defendant Roberts has yet to comply with the first Order of Magistrate Judge McPherson or the subsequent Order of Chief Magistrate Judge Coody. Defendant Roberts continued failure to comply with both of this Honorable Court's Orders has prejudiced the Plaintiff to an undetermined extent, thus precluding the Plaintiff from fully filing in opposition of Defendant Roberts as justice requires.

**WHEREFORE**, the Plaintiff respectfully moves this Honorable Court to issue an additional Order compelling Defendant Sue Roberts to Comply with this Court's Order of November 15, 2006.

Respectfully submitted this 7th day of December, 2006.

Jeremiah W. Green, Plaintiff
Federal Reg. No. 11165-171
Federal Prison Camp Atlanta
Post Office Box 150160
Atlanta, Georgia 30315-0160

CERTIFICATE OF SERVICE

I, Jeremiah W. Green, hereby certify that on this 7th day of December, 2006, I have served the foregoing document on the following person(s):

Mr. C. Richard Hill, Jr.
Attorney for Defendant Sue Roberts
WEBB & ELEY, P.C.
Post Office Box 240909
Montgomery, Alabama 36124-0909

by placing a true and correct copy of the foregoing in the prison mailing system mailbox located at the Federal Prison Camp Atlanta, postage prepaid, on this 7th day of December 2006.

Jeremiah W. Green, Plaintiff
Federal Reg. No. 11165-171
Federal Prison Camp Atlanta
Post Office Box 150160
Atlanta, Georgia 30315-0160

---3---