IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

JEREMIAH W. GREEN,

    Plaintiff,

v.

                      CIVIL ACTION NO.
ELMORE COUNTY JAIL, et al.,  2:06-CV-667-WKW-VPM

    Defendants.

## PLAINTIFF'S MOTION FOR EXTENSION OF TIME

COMES NOW, Jeremiah W. Green, the Plaintiff in the above-styled cause and moves this Honorable Court for an extension of time of 30 days, from the date the Plaintiff receives the fully supplemented special report from Defendant Sue Roberts, in which to file his response to the Defendants special report and answer, which is due December 07, 2006. The Plaintiff's grounds for this Motion are as follows:

1. On October 26, 2006, this Honorable Court entered an Order directing the Plaintiff to Respond to the Special Report of Defendant Sue Roberts within fifteen (15) days. (Doc. 18-1)

2. Plaintiff did not receive said Order through the Prison Mailing System at the Federal Prison Camp Atlanta until the evening of October, 31, 2006, thus allowing the Plaintiff only eight (8) days to respond.

3. On November 04, 2006, Plaintiff requested a 30 day extension of time, while requesting that Defendant Roberts be compelled to fully comply with the Court's Order which required the production of policies and records.

4. On November 15, 2006, Plaintiff's Motion for a 30 day extension of time and Motion to Compel were granted, (Doc. 26 and Doc. 27), thus allowing the Plaintiff until December 07, 2006, to respond to Defendant Roberts special report, which was to be fully supplemented on or before November 29, 2006.

5. On December 07, 2006, Defendant Sue Roberts had not supplemented her special report as required by this Honorable Court in two separate Orders, thus preventing Plaintiff Green from meeting his deadline of December 07, 2006.

6. Plaintiff cannot fully respond in opposition of the special report and answer of Defendant Roberts as justice requires until Defendant Roberts has fully complied with this Honorable Court's previous Orders.

7. Plaintiff has only requested one (1) previous extension of time in this case and that extension was exhausted without the benefit of responding to the special report of Defendant Roberts, due to the willfull disobediance of this Court's Orders to supply the necessary documents to allow the Plaintiff to submit a full and complete response to those documents.

8. The Defendants will not be prejudiced by the requested extension of time, as Defendant Roberts is the cause of this request.

**WHEREFORE**, for the aforementioned reasons, the Plaintiff respectfully requests this Honorable Court grant the Motion for Extension of Time to file the full Response to the Defendant's Special Report and Answer. Plaintiff request that the extension end 30 days following the receipt of Defendant Roberts supplemented Special Report.

Respectfully submitted this 7th day of December, 2006.

*[signature]*
Jeremiah W. Green, Plaintiff
Federal Reg. No. 11165-171
Federal Prison Camp Atlanta
Post Office Box 150160
Atlanta, Georgia 30315-0160

## CERTIFICATE OF SERVICE

I, Jeremiah W. Green, hereby certify that on this 7th day of December, 2006, I have served the foregoing document on the following person(s):

Mr. C. Richard Hill, Jr.
Attorney for Defendant Sue Roberts
WEBB & ELEY, P.C.
Post Office Box 240909
Montgomery, Alabama 36124-0909

by placing a true and correct copy of the foregoing in the prison mailing system mailbox located at the Federal Prison Camp Atlanta, postage prepaid, on this 7th day of December 2006.

*[signature]*
Jeremiah W. Green, Plaintiff
Federal Reg. No. 11165-171
Federal Prison Camp Atlanta
Post Office Box 150160
Atlanta, Georgia 30315-0160