IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | | |
|---|---|---|
| JEREMIAH W. GREEN | * | |
| Plaintiff, | * | |
| v. | * | 2:06-CV-667-WKW |
| AJA ROBERTS | * | |
| Defendant. | * | |

_____

**ORDER ON MOTION**

Upon consideration of Plaintiff's Motion for Extension of Time, and for good cause, it is ORDERED that:

1. Plaintiff's Motion for Extension of Time (Doc. No. 29) is GRANTED; and

2. Plaintiff is GRANTED an extension from December 7, 2006 to January 4, 2007 to file a response to Defendant's written report, as supplemented.

Done, this 14th day of December 2006.

                                              /s/Wallace Capel, Jr.
                                      WALLACE CAPEL, JR.
                                      UNITED STATES MAGISTRATE JUDGE