IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

JEREMIAH W. GREEN                    *

     Plaintiff,                       *

        v.                          *        2:06-CV-667-WKW

AJA ROBERTS                          *

     Defendant.                       *

_____

**ORDER ON MOTION**

Upon consideration of Plaintiff's Motion for Extension of Time, and for good cause,

it is ORDERED that:

    1.  Plaintiff's Motion for Extension of Time (Doc. No. 34) is GRANTED; and

    2.  Plaintiff is GRANTED an extension from December 7, 2006 to January 12, 2007

to file a response to Defendant's written report, as supplemented.

Done, this 14th day of December 2006.

              /s/Wallace Capel, Jr.
         WALLACE CAPEL, JR.
         UNITED STATES MAGISTRATE JUDGE