IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

JEREMIAH W. GREEN                    *

  Plaintiff,                          *

    v.                        *          2:06-CV-667-WKW

AJA ROBERTS                           *

  Defendant.                        *

_____


**ORDER ON MOTION**

  Upon consideration of Plaintiff's Motion to Compel, and in light of the supplemental

special report filed by Defendants on December 12, 2006 (Doc. No. 28), it is

  ORDERED that the motion (Doc. No. 33) be and is hereby DENIED as moot.

  Done, this 14th day of December 2006.


       _____/s/Wallace Capel, Jr._____
       WALLACE CAPEL, JR.
       UNITED STATES MAGISTRATE JUDGE