IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED

2006 DEC 20  A 9: 32

U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

JEREMIAH W. GREEN,

    Plaintiff,

v.

ELMORE COUNTY JAIL, et al.,

    Defendants.

: : : : : : : : : :

CIVIL ACTION NO.
2:06-CV-667-WKW-VMP

## NOTIFICATION TO THE COURT

COMES NOW, Jeremiah W. Green, the Plaintiff in the above-styled cause and hereby notifies this Honorable Court of the receipt of Defendant Sue Roberts Supplemented Special Report and the copies of the policies, guidelines, and/or regulations which concern the policies referenced in Defendant Roberts's affidavit filed in support of her Special Report on October 25, 2006. As grounds for this Notification, the Plaintiff states as follows:

1. Defendant Roberts was initially Ordered to supply the aforementioned policies, guidelines, and/or regulations, in the August 17, 2006, Order of Magistrate Judge McPherson, (Doc. 8-1), however, Defendant Roberts failed to comply with said Order.

2. Defendant Roberts was again Ordered to supply the aforementioned policies, guidelines, and/or regulations, in the November 15, 2006, Order of Chief Magistrate Judge Coody, (Doc. 27), on or before November 29, 2006.

3. On December 04, 2006, the Plaintiff submitted notification to this Honorable Court stating that he had still not received the Ordered documents from Defendant Roberts.

4. On December 07, 2006, the Plaintiff submitted a Motion to Compel, the second Motion for such, to this Honorable Court, for Defendant Roberts blatant disregard to the two previous Orders of this Honorable Court, for the aforementioned documents.

5. On December 07, 2006, the Plaintiff submitted a Motion for Extension of Time, to this Honorable Court, because of the blatant disregard and lack of compliance of Defendant Roberts. The Plaintiff requested a 30 day extension, which would commence on the date in which he received the Defendant's Supplemented Special Report and the aforementioned documents.

6. On the evening of December 15, 2006, the Plaintiff received the Defendant's Supplemented Special Report and the aforementioned documents, all of which were postmarked on December 12, 2006. The Electronic filing with the Court also commenced on December 12, 2006, approximately thirteen (13) days after this Honorable Court's deadline of November 29, 2006.

**WHEREFORE, PREMISES CONSIDERED**, Plaintiff Jeremiah W. Green respectfully notifies this Honorable Court of his receipt of Defendant Roberts Supplemented Special Report and the copies of the policies, guidelines, and/or regulations which concern the policies referenced in Defendant Roberts's affidavit filed in support of her Special Report on October 25, 2006. Plaintiff requests that the Motion for Extension of time which was submitted on December 07, 2006, be granted to commence on December 15, 2006 and end on January 14, 2007.

Respectfully Submitted this 17th day of December, 2006.

---2---

Jeremiah W. Green, Plaintiff
Federal Reg. No. 11165-171
Federal Prison Camp Atlanta
Post Office Box 150160
Atlanta, Georgia 30315-0160

## CERTIFICATE OF SERVICE

I, Jeremiah W. Green, hereby certify that on this 17th day of December, 2006, I have served the foregoing document on the following person(s):

Mr. C. Richard Hill, Jr.
Attorney for Defendant Sue Roberts
WEBB & ELEY, P.C.
Post Office Box 240909
Montgomery, Alabama 36124-0909

by placing the true and correct copy of the foregoing in the prison mailing system mailbox located at the Federal Prison Camp Atlanta, postage prepaid, on this 17th day of December, 2006.

Jeremiah W. Green, Plaintiff
Federal Reg. No. 11165-171
Federal Prison Camp Atlanta
Post Office Box 150160
Atlanta, Georgia 30315-0160

---3---