IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | |
|---|---|
| JEREMIAH W. GREEN | * |
| Plaintiff, | * |
| v. | *   2:06-CV-667-WKW |
| AJA ROBERTS | * |
| Defendant. | * |

_____

**ORDER ON MOTION**

Before the court is Plaintiff's pleading filed January 18, 2007 styled as a *Motion for Clarification or Reconsideration of the Magistrate Judge's Order Regarding "Doe" Defendants*. Plaintiff requests clarification or reconsideration of a court order entered August 17, 2006 "regarding the further involvement of the several 'Doe' Defendants' name[d] in Plaintiff's original claim, as amended."  Upon consideration of the motion for clarification, it is

ORDERED that the motion (Doc. No. 40) be and is hereby GRANTED.

Plaintiff is advised that this case is proceeding against Defendant Sue Roberts, Warden of the Elmore County Jail. As noted in the court's July 18, 2006 order, the Federal Rules of Civil Procedure do not provide for fictitious party practice as it is incompatible with federal procedure. (*See* Doc. No. 5.) Thus, the "Doe" defendants listed in the complaint, *i.e.*, Corrections Officers - John, Jack, Jim & Jane Doe and County Attorney John Doe, were

never considered properly named parties to this action.

To the extent Plaintiff's January 18, 2006 pleading may be construed as a Motion to Reconsider the court's November 15, 2006 order denying his November 13, 2006 motion for leave for discovery to identify multiple "Doe" defendants, and for good cause, it is

ORDERED that the motion (Doc. No. 40 ) be and is hereby GRANTED.

It is further

ORDERED that on or before February 12, 2007 Defendant file a response to Plaintiff's Declaration submitted as an attachment to his August 11, 2006 amended complaint (Doc. No. 7) wherein he describes various "John Doe Correctional Officers" he came in contact with on February 21/22, 2006. If Defendant is able to identify the " Doe Correctional Officers/Employees" based on the descriptions contained in Plaintiff's August 11, 2006 Declaration, she should include such information with her response.

The Clerk is DIRECTED to furnish a copy of Document Number 7, including attachments, to Defendant and counsel of record.

Done, this 26th day of January 2007.

                                            /s/Wallace Capel, Jr.
                                            WALLACE CAPEL, JR.
                                            UNITED STATES MAGISTRATE JUDGE