IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

2007 FEB -5 A 9:55

JEREMIAH W. GREEN,

    Plaintiff,

v.    :    CIVIL ACTION NO.
     :    2:06-CV-667-WKW-WC

ELMORE COUNTY JAIL, et al.,

    Defendants.

## MOTION FOR RECONSIDERATION OF PLAINTIFF'S MOTION FOR APPOINTMENT OF COUNSEL

COMES NOW, Jeremiah W. Green, Plaintiff in the above-styled cause, and hereby respectfully requests this Honorable Court reconsider his previous Motion for Appointment of Counsel, filed on or about August 28, 2006. (Doc. #11)  In support of his Motion for Reconsideration, Plaintiff asserts the following:

1.  Plaintiff is unable to retain counsel as he is currently unable to afford such services.  Plaintiff has been granted leave to proceed in forma pauperis by this Honorable Court.  (Doc. #4-1)

2.  Plaintiff's current location of incarceration has and will continue to greatly limit his ability to litigate this case. As the Atlanta Federal Prison Camp is coded as a "Satellite" facility, it is required to only a sparce array of legal research publications, none of which include District Court cases cited after 2002.  There is no access to electronic publications such as WestLaw or Lexis Nexis.  See December 2006 Inventory, Exhibit H.

3.  Plaintiff is certain this case will continue to require substantial investigation and diligent discovery.  The issues of

this case are complex and counsel would assist the Plaintiff in applying the law properly in briefs and before the Court. The Plaintiff has never before been party to a civil legal proceeding.

4. As with the current proceedings, a trial in this case will likely involve conflicting testimony and counsel would assist the Plaintiff in the presentation of evidence and the cross examinations of witnesses.

5. Plaintiff's current health conditions and complications only further limit his ability to actively pursue all areas of litigation in this case. Plaintiff's well documented health concerns are worsened by the catastrophic stressor of incarceration and will only further worsen with the stress of this case.

6. Plaintiff has made a constant effort to obtain counsel from nationally recognized civil rights orgainizations.

WHEREFORE, PREMISIS CONSIDERED, the Plaintiff respectfully moves this Honorable Court to appoint counsel in this unique case. Counsel will allow this case to proceed as justice allows.

RESPECTFULLY SUBMITTED this <u>31st</u> day of January, 2007.

Jeremiah W. Green, Plaintiff
Fed. Reg. No. 11165-171
Federal Prison Camp Atlanta
Post Office Box 150160
Atlanta, Georgia 30315-0160

## CERTIFICATE OF SERVICE

I, Jeremiah W. Green, hereby certify that on this 31st day of January, 2007, I have served the foregoing document on the following person(s):

Mr. C. Richard Hill, Jr.
Attorney for Defendant Sue Roberts
WEBB & ELEY, P.C.
Post Office Box 240909
Montgomery, Alabama 36124-0909

by placing a true and correct copy of the foregoing in the prison mailing system mailbox located at the Federal Prison Camp Atlanta, postage prepaid, on this 31st day of January, 2007.

Jeremiah W. Green, Plaintiff
Fed. Reg. No. 11165-171
Federal Prison Camp Atlanta
Post Office Box 150160
Atlanta, Georgia 30315-0160

# SATELLITE CAMP LAW LIBRARY INVENTORY

Note: Copyright dates must be as listed or a later date, (if the copyright date of your volume is before the copyright date listed in the chart, you are out of compliance and should replace it.)

## SATELLITE CAMP LAW LIBRARY
### December 2006
### (Recent Updates are Highlighted in Bold Print)

**U.S. Supreme Court Decisions; LED 2D**
a.k.a. Decisions of the U.S. Supreme Court; LED 2D
(40+ volume set)
(Lexis-Nexis/Matthew Bender Publishing)

| | Copyright |
|---|---|
| Supreme Court Decisions 1963 - 1964 | 1964 |
| Supreme Court Decisions 1964 - 1965 | 1965 |
| Supreme Court Decisions 1965 - 1966 | 1966 |
| Supreme Court Decisions 1966 - 1967 | 1967 |
| Supreme Court Decisions 1967 - 1968 | 1968 |
| Supreme Court Decisions 1968 - 1969 | 1969 |
| Supreme Court Decisions 1969 - 1970 | 1970 |
| Supreme Court Decisions 1970 - 1971 | 1971 |
| Supreme Court Decisions 1971 - 1972 | 1972 |
| Supreme Court Decisions 1972 - 1973 | 1973 |
| Supreme Court Decisions 1973 - 1974 | 1974 |
| Supreme Court Decisions 1974 - 1975 | 1975 |
| Supreme Court Decisions 1975 - 1976 | 1976 |
| Supreme Court Decisions 1976 - 1977 | 1977 |
| Supreme Court Decisions 1977 - 1978 | 1978 |
| Supreme Court Decisions 1978 - 1979 | 1979 |
| Supreme Court Decisions 1979 - 1980 | 1980 |
| Supreme Court Decisions 1980 - 1981 | 1981 |
| Supreme Court Decisions 1981 - 1982 | 1982 |
| Supreme Court Decisions 1982 - 1983 | 1983 |

M1

## SATELLITE CAMP LAW LIBRARY
### December 2006
### (Recent Updates are Highlighted in Bold Print)

| | |
|---|---|
| Supreme Court Decisions 1983 - 1984 | 1984 |
| Supreme Court Decisions 1984 - 1985 | 1985 |
| Supreme Court Decisions 1985 - 1986 | 1986 |
| Supreme Court Decisions 1986 - 1987 | 1987 |
| Supreme Court Decisions 1987 - 1988 | 1988 |
| Supreme Court Decisions 1988 - 1989 | 1989 |
| Supreme Court Decisions 1989 - 1990 | 1990 |
| Supreme Court Decisions 1990 - 1991 | 1991 |
| Supreme Court Decisions 1991 - 1992 | 1992 |
| Supreme Court Decisions 1992 - 1993 | 1993 |
| Supreme Court Decisions 1993 - 1994 | 1994 |
| Supreme Court Decisions 1994 - 1995 | 1995 |
| Supreme Court Decisions 1995 - 1996 | 1996 |
| Supreme Court Decisions 1996 - 1997 | 1997 |
| Supreme Court Decisions 1997 - 1998 | 1998 |
| Supreme Court Decisions 1998 - 1999 | 1999 |
| Supreme Court Decisions 1999 - 2000 | 2000 |
| Supreme Court Decisions 2000 - 2001 | 2001 |
| Supreme Court Decisions 2001 - 2002 | 2002 |
| Supreme Court Decisions 2002 - 2003 | 2003 |
| Supreme Court Decisions 2003 - 2004 | 2004 |
| Supreme Court Decisions 2004-2005 | 2005 |
| **Supreme Court Decisions 2005-2006** | **2006** |
| **Supreme Court Decisions 2006 Cumulative Table** | **2006** |

M2

EXHIBIT "H"

## SATELLITE CAMP LAW LIBRARY
### December 2006
(Recent Updates are Highlight in Bold Print)

United Stated Code Service - (Lexis-Nexis)

| Titles | | Copyright |
|---|---|---|
| 5 | Government Organization and Employees: | |
| | 101-553 | 2006 |
| | 554-900 | **2006** |
| | 901-3500 | 1994 |
| | 3501-5700 | 1994 |
| | 5701-7120 | 1996 |
| | 7121-8100 | 1996 |
| | 8101-END | 2000 |
| 18 | Crimes & Criminal Procedure: | |
| | 1-430 | 1993 |
| | 431-840 | 1996 |
| | 841-1070 | **2005** |
| | 1071-1690 | 1994 |
| | 1691-1990 | 1990 |
| | 1991-2420 | 2002 |
| | 2421-3160 | 1991 |
| | 3161-3530 | 1993 |
| | 3531-5000 | 1993 |
| | 5001-END | 2001 |
| | Sentencing Guidelines (T18 APPX) | 1990 |
| | Sentencing Guidelines (T18 APPX) | **2006** |
| | Sentencing Guidelines (T18 APPX) C | **2006** |
| 21 | Food and Drugs: | |
| | 1-600 | **2006** |
| | 601-847 | 2002 |
| | 848-END | 2002 |
| 26 | Internal Revenue Code: | |
| | 1221-4060 | 2005 |
| | 4061-6503 | 2005 |
| | 6504-END, INDEX | 2005 |
| | 2006 Edition due shortly | 2006 |
| 28 | Judiciary and Judicial Procedure: | |
| | 1961-2240 | 1992 |
| | 2241-2254 | 2002 |
| | 2255-2460 | 2002 |
| | 2461-End | 2005 |

M3

## SATELLITE CAMP LAW LIBRARY
### December 2006
(Recent Updates are Highlight in Bold Print)

United Stated Code Service - (Lexis-Nexis)

| Titles | | Copyright |
|---|---|---|
| 42 | Public Health and Welfare: | |
| | 1561-1860 | 1990 |
| | 1861-1982 | 2000 |
| | 1983 Notes 1-1274 | 2002 |
| | 1983 NTS to End | 2002 |
| | 1984-2000E -1 | 1999 |
| | 2000-E-2 | 1999 |
| | 2000E-3-2000E-5 | 2005 |
| | 2000E-6-2570 | 1996 |
| | Supreme Court, Federal Rules of Appellate Procedure, Federal Claims | **2006** |
| | Courts of Appeals Federal and District of Columbia, 1-5 Circuit | **2006** |
| | Courts of Appeals Federal, 6-11 Circuit | **2006** |
| | Constitution Set: | |
| | Constitution Article 1-3 | 2001 |
| | Constitution Amendment 4-7 (Amendments 1-3) | 1997 |
| | Constitution Amendment 4 (1-649) | 2004 |
| | Constitution Amendment 4 (650-END) | 2003 |
| | Constitution Amendment 5 (1-661) | 2003 |
| | Constitution Amendment 5 (662-END) | 2003 |
| | Constitution Amendment 6 (1-844) | 2001 |
| | Constitution Amendment 6 | 2001 |
| | Constitution Amendment 13, 14 | 1999 |
| | Constitution Amendment 14 (941-END) | 1999 |

M4

**SATELLITE CAMP LAW LIBRARY**
**December 2006**
(Recent Updates are Highlighted in Bold Print)

**BUREAU OF PRISONS PROGRAM STATEMENTS**
NUMERICAL INDEX OF BOP RULES PUBLISHED IN 28 CFR CHAPTERS III AND V
(Include corresponding Institution Supplements if indicated by a (*).
Spanish translations are required for each Program Statement (see BOP DOCS).
Note:

| Policy # | Title | Date | CFR Ref. |
|---|---|---|---|
| 1040.04 | Non-Discrimination Toward Inmates | 01/29/99 | 28 551 |
| 1070.07 | Research | 05/12/99 | 28 512 |
| 1315.07 | Legal Activities, Inmate | 11/05/99 | 28 543 |
| 1320.06 | Claims Under the Federal Tort Claims Act | 08/01/03 | 28 543 |
| 1330.13* | Administrative Remedy Program | 08/13/02 | **28 542** |
| 1330.15 | Commutation of Sentence, Petitions for | 08/23/01 | 28 571 |
| 1480.05* | News Media Contacts | 09/21/00 | 28 540 |
| 1490.06 | Victim and Witness Notification Program | 05/23/02 | 28 551 |
| 1542.06 | Library Services, Inmate | 02/18/97 | 28 544 |
| 1640.04* | Smoking/No Smoking Areas | 03/17/04 | 28 551 |
| 4510.05 | Inmate Contributions | 01/26/99 | 28 551 |
| 4761.04 | Special Food or Meals | 04/22/96 | 28 547 |
| 5050.46 | Compassionate Release, Procedures for | 05/19/98 | 28 571 |
| 5110.13 | Polygraph Tests, Administering of | 12/15/99 | 28 571 |
| 5140.36 | Release of Inmates Prior to a Weekend or Legal Holiday | 11/23/00 | 28 522 |
| 5140.37 | Unescorted Transfers and Voluntary Surrenders | 01/31/03 | 28 522 |
| 5180.04* | Central Inmate Monitoring System (Program Statement only not Manual) | 08/16/96 | 28 524 |
| 5212.07 | Control Unit Programs | 02/20/01 | 28 541 |
| 5214.04 | HIV, Handling of Inmates Testing Positive | 02/04/98 | 28 541 |

M5

**SATELLITE CAMP LAW LIBRARY**
**December 2006**
(Recent Updates are Highlighted in Bold Print)

| | | | |
|---|---|---|---|
| 5215.05 | YCA Inmates and Programs | 03/17/99 | 28 524 |
| 5230.05 | Grooming | 11/04/96 | 28 551 |
| 5250.02 | Public Works and Community Service Projects | 10/02/00 | 28 551 |
| 5251.05 | Work and Performance Pay Program, Inmate | 12/31/98 | 28 545 |
| 5264.07* | Telephone Regulations, Inmate | 01/31/02 | 28 540 |
| 5265.11 | Correspondence | 07/09/99 | 28 540 |
| 5266.10 | Publications, Incoming | 01/10/03 | 28 540 |
| 5267.08* | **Visiting Regulations** | **05/11/06** | **28 540** |
| 5270.07 | **Inmate Discipline and Special Housing Units** | **03/20/06** | **28 541** |
| 5280.08 | Furloughs | 02/04/98 | 28 570 |
| 5290.12 | **Intake Screening** | **09/29/03** | **28 522** |
| 5290.14 | Admission and Orientation Program | 04/03/03 | 28 522 |
| 5300.21 | Education, Training and Leisure Time Program Standards | 02/18/02 | 28 544 |
| 5322.11 | Classification and Program Review of Inmates | 03/11/99 | 28 524 |
| 5324.05 | Suicide Prevention Program | 03/01/04 | 28 552 |
| 5325.06* | Release Preparation Program, Institution | 03/04/02 | 28 571 |
| 5326.04* | Marriage of Inmates | 12/17/98 | 28 551 |
| 5330.10 | **Drug Abuse Programs Manual, Inmate** | **10/09/97** | **28 550** |
| 5350.24 | English-as-a-Second Language | 07/24/97 | 28 544 |
| 5350.27 | Manuscripts, Inmate | 12/01/99 | 28 544 |
| 5350.28 | Literacy Program (GED Standard) | 12/17/03 | 28 544 |
| 5353.01 | Occupational Education Programs | 12/17/03 | 28 544 |
| 5354.03 | Post-Secondary Education Programs for Inmates | 12/17/03 | 28 544 |
| 5360.09* | Religious Beliefs and Practices | 12/31/04 | 28 548 |

M6

## SATELLITE CAMP LAW LIBRARY
### December 2006
(Recent Updates are Highlighted in Bold Print)

| | | | |
|---|---|---|---|
| 5370.10* | Recreation Programs, Inmate include Change Notices through | 02/23/00 | 28 544 |
| 5380.06 | Cost of Incarceration Fee (COIF) | 07/17/02 | |
| 5380.08* | Financial Responsibility Program, Inmate | 08/11/99 | 28 505 |
| 5381.05* | Organizations, Inmate | 08/15/05 | 28 545 |
| 5390.08* | Intensive Confinement Center Program | 02/13/01 | 28 551 |
| 5510.09* | Searching, Detaining, or Arresting Persons Other than Inmates | 11/04/99 | 28 524 |
| 5521.05 | Searches of Housing Units, Inmates, and Inmate Work Areas | 03/06/98 | 28 511 |
| 5538.04 | Escorted Trips | 06/30/97 | 28 552 |
| 5557.06 | Hostage Situation Management | 12/23/96 | 28 570 |
| 5562.05 | Hunger Strikes | 07/18/96 | 28 552 |
| 5566.05 | Use of Force and Application of Restraints on Inmates | 07/29/05 | 28 549 |
| 5550.07* | Inmate Personal Property | 11/30/05 | 28 552 |
| 5803.07 | Progress Reports | 12/28/05 | 28 553 |
| 5873.06 | Release Gratuities | 03/16/98 | 28 524 |
| 5875.12 | Transfer of Inmates to State Agents for Production on State Writs | 08/06/03 | 28 571 |
| 5882.03 | Fines and Costs | 07/31/03 | 28 527 |
| 5884.03 | Good Conduct Time Credits Under the Prison Litigation Reform Act | 02/04/98 | 28 571 |
| 5884.02 | **Education Good Time Sentence Credit for D.C. Code Offenders** | 03/31/06 | 28 523 |
| 6010.01 | Psychiatric Treatment and Medication, Administrative Safeguards for | 08/01/02 | 28 523 |
| **6060.08** | **Urine Surveillance and Narcotic Identification** | 09/21/95 | 28 549 |
| | | 03/08/01 | 28 550 |

M7

## SATELLITE CAMP LAW LIBRARY
### December 2006
(Recent Updates are Highlighted in Bold Print)

| | | | |
|---|---|---|---|
| 6070.05 | Birth Control, Pregnancy, Child Placement and Abortion | 08/09/96 | 28 551 |
| 6080.01 | Autopsies, Authority to Order | 05/27/94 | 28 549 |
| **6190.03** | **Infectious Disease Management** | **06/28/05** | **28 549** |
| 6311.04 | Plastic Surgery and Identification Records | 03/21/96 | 28 549 |
| 6541.02 | Over The Counter Medications | 11/17/04 | 28 549 |
| 6590.07* | Alcohol Surveillance and Testing Program | 12/31/96 | 28 550 |
| 7331.04* | Pretrial Inmates | 01/31/03 | 28 551 |
| 8120.02 | FPI Work Programs For Inmates | 07/15/99 | 28 345 |

### Miscellaneous Materials

ABA's Family Legal Guide, or You and the Law. (Not all institutions will have one of these publications as they are currently out of print).

Black's Law Dictionary, Standard 8th ed., 2004, (Thomson - West Group).

**Complete Manual of Criminal Forms, 3rd Ed., 2006,** Bailey and Fishman, (Thomson - West Group), (annual centralized purchase by Central Office/DOJ).

Constitutional Rights of Prisoners, 7th Edition, 2003, Palmer and Palmer, (Anderson Publishing Co., Cincinnati, Ohio or Lexis Nexis/Matthew Bender Publishing).

**Criminal Law Reporter (periodical), 2006 subscription,** (The Bureau of National Affairs, Inc., 1231 Twenty-First Street, N.W., Washington, D.C. 20037), (annual centralized purchase Central Office/DOJ).

Criminal Procedure a Nutshell, Israel & LaFave, 2001, (Thomson - West Group).

Federal Civil Judicial Procedure and Rules, 2003 ed. and **2006 pamphlet**. (Thomson - West Group), (annual centralized purchase Central Office/DOJ).

Federal Criminal Code and Rules 2003 ed. and **2006 pamphlet**. (Thomson - West Group).

M8

## SATELLITE CAMP LAW LIBRARY
### December 2006
### (Recent Updates are Highlighted in Bold Print)

**Miscellaneous Materials**

| | |
|---|---|
| | Federal Habeas Corpus Practice and Procedure (Lieberman & Hertz) 5th edition, 2005 (Lexis Nexis/Matthew Bender Publishing). |
| | Law of Sentencing, Corrections and Prisoners' Rights, 6th Ed., 2002, Krantz (Thomson - West Group). Replacement if lost or damaged newly entitled Braham's Cases & Materials or the Law of Sentencing, Corrections and Prisoner's Rights, 2005. (Thomson-West Group). |
| | Legal Research and Writing Some Starting Points, Stasky, William P., 5th Ed., 1999. (Thomson - West Group). |
| | Legal Research in a Nutshell, 8th Ed., 2003, Cohen and Olsen. (Thomson - West Group). |
| | Manual for Courts-Martial, 1995; United States (National Technical Information Service (NTIS)). |
| | Modern Criminal Procedure, 10th Ed. and 2004 Supplement, Kamisar, Yale; LaFave, Wayne R. and Jerold H. Israel, (Thomson - West Group). |
| | Prisoners' Assistance Directory, 1998 Edition. (The National Prison Project, 1 (202) 393-4930). |
| | Spanish-English, English-Spanish Law Dictionary, 1992, Solis, Gerardo and Gusteazoro, Raul, (Thomson - West Group). This item is out of print and a replacement is not required. |

M9

---

## SATELLITE CAMP LAW LIBRARY
### December 2006
### (Recent Updates are Highlight in Bold Print)

**Code of Federal Regulations**

| | |
|---|---|
| | Title 28 (2004) |
| | Superintendent of Documents U.S. Government Printing Office Washington, D.C. 20402. |

## SATELLITE CAMP LAW LIBRARY
### December 2006
### (Recent Updates are Highlight in Bold Print)

**Federal Reporter 2d Series**
**Thomsen - West Group**

| | |
|---|---|
| | Volumes 604 - 999 (All published to date) |

## SATELLITE CAMP LAW LIBRARY
### December 2006
### (Recent Updates are Highlight in Bold Print)

**Federal Reporter 3d Series**
**Thomsen - West Group**

| | |
|---|---|
| | Volumes 1- 441 w/Advance Sheets to date. |

M10