IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

JEREMIAH W. GREEN,

    Plaintiff,

v.

ELMORE COUNTY JAIL, et al.,

    Defendants.

CIVIL ACTION NO.
2:06-CV-667-WKW-WC

**MOTION TO STRIKE FROM RECORD
DEFENDANT, JAIL WARDEN SUE ROBERTS'S, REPLY
TO THE PLAINTIFF'S RESPONSE TO DEFENDANT'S SPECIAL REPORT**

    COMES NOW, Jeremiah W. Green, Plaintiff in the above-styled cause, and hereby respectfully requests this Honorable Court's Order striking the reply of Defendant Sue Roberts. See Doc. #42. Reasons for such request are set forth below.

    Pursuant to Fed. Rule Civ. Proc., Rule 15, Defendant Sue Roberts was allowed one response and special report, which was filed on or about October 25, 2006. See Doc. #16. Plaintiff responded on or about November 13, 2006. See Doc. #20. Further, Plaintiff filed a second reply to the Defendant's special report on or about January 18, 2007, only due to the Defendant's refusal to honor the initial Magistrate Judge's Order requiring the production of documents essential to the Plaintiff's ability to file a proper response to the Defendant's special report.

    WHEREFORE, PREMISIS CONSIDERED, the Plaintiff asserts that the aforementioned reply from the Defendant is a violation of Rule 15, and therefore should be stricken from the record.

RESPECTFULLY SUBMITTED, this 31st day of January, 2007.

*[signature]*
Jeremiah W. Green, Plaintiff
Fed. Reg. No. 11165-171
Federal Prison Camp Atlanta
Post Office Box 150160
Atlanta, Georgia 30315-0160

## CERTIFICATE OF SERVICE

I, Jeremiah W. Green, hereby certify that on this 31st day of January, 2007, I have served the foregoing document on the following person(s):

Mr. C. Richard Hill, Jr.
Attorney for Defendant Sue Roberts
WEBB & ELEY, P.C.
Post Office Box 240909
Montgomery, Alabama 36124-0909

by placing the true and correct copy of the foregoing in the prison mailing system mailbox located at the Federal Prison Camp Atlanta, postage prepaid, on this 31st day of January, 2007.

*[signature]*
Jeremiah W. Green, Plaintiff
Fed. Reg. No. 11165-171
Federal Prison Camp Atlanta
Post Office Box 150160
Atlanta, Georgia 30315-0160

Jeremiah W. Green, #11165-171
Federal Prison
Post Office Box
Atlanta, Georgia

Office of the Clerk
United States District Court
Post Office Box 711
Montgomery, AL 36101-0711