IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | | |
|---|---|---|
| JEREMIAH W. GREEN | * | |
| Plaintiff, | * | |
| v. | * | 2:06-CV-667-WKW |
| | | (WO) |
| AJA ROBERTS | * | |
| Defendant. | * | |

_____

**ORDER ON MOTION**

Before the court is Plaintiff's Motion for Reconsideration of his August 30, 2006 request for appointment of counsel which the court denied by order entered September 6, 2006. Plaintiff's motion has been read, considered, and shall be denied. *See Kilgo v. Ricks*, 983 F.2d 189, 193 (11th Cir. 1993); *Killian v. Holt*, 166 F.3d 1156, 1157 (11th Cir. 1999).

Accordingly, it is ORDERED that Plaintiff's Motion for Reconsideration (Doc. No. 44) be and is hereby DENIED.

Done, this 7th day of February 2007.

    /s/Wallace Capel, Jr.    
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE