IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | | |
|---|---|---|
| JEREMIAH W. GREEN | * | |
| Plaintiff, | * | |
| v. | * | 2:06-CV-667-WKW |
| AJA ROBERTS | * | |
| Defendant. | * | |

_____

**ORDER ON MOTION**

Upon consideration of the Motion to Strike Defendant's Reply to Plaintiff's Response to Defendant's Special Report, it is

ORDERED that the motion (Doc. No. 45) be and is hereby DENIED.

Done, this 7th day of February 2007.

　　　　　　　　　　　/s/Wallace Capel, Jr.
　　　　　　　　　WALLACE CAPEL, JR.
　　　　　　　　　UNITED STATES MAGISTRATE JUDGE