IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

JEREMIAH W. GREEN,

    Plaintiff,

v.

ELMORE COUNTY JAIL, et al.,

    Defendants.

CIVIL ACTION NO.
2:06-CV-667-WKW-WC

**MOTION TO PROVIDE THE TRUE IDENTITIES
OF THE "DOE" DEFENDANTS, AS NAMED IN THE INITIAL COMPLAINT**

COMES NOW, Jeremiah W. Green, Plaintiff in the above-styled cause, and hereby respectfully provides this Honorable Court with the true identities of the multiple "Doe" Defendants, as named in the initial Complaint.

Pursuant to this Court's January 26, 2007 Order (Doc. #43-1), Defendant Roberts identified four (4) "Doe" Defendants using the physical descriptions and characteristics contained in the Plaintiff's August 11, 2006 Declaration (Doc. #7-2).

In Defendant Sue Roberts's Response to Plaintiff's Declaration (Doc. #48), she provided Plaintiff with the following identities:

1.) Defendant "John Doe" is now identified as Correctional Officer Luke Reaves of the Elmore County Jail.

2.) Defendant "Jack Doe" is now identified as "then-Sergeant" Bill McCoy of the Elmore County Jail.

3.) Defendant "Jim Doe" is now identified as Lieutenant Clarence Buggs of the Elmore County Jail.

4.) Defendant "Jane Doe" is now identified as Lieutenant Dorothy Weldon of the Elmore County Jail.

WHEREFORE, Plaintiff hereby requests that this Honorable Court amend the initial Complaint to reflect the true names of the "Doe" Defendants identified heretofore. Further, Plaintiff also requests that this Honorable Court effect service on the newly identified "Doe" Defendants in compliance with Fed. Rules of Civ. Proc. Rule 4(c)(2), as Plaintiff has been authorized to proceed informa pauperis pursuant to 28 U.S.C. § 1915.

RESPECTFULLY SUBMITTED, this 23rd day of February, 2007.

                              Jeremiah W. Green, Plaintiff
                              Fed. Reg. No. 11165-171
                              Federal Prison Camp Atlanta
                              Post Office Box 150160
                              Atlanta, Georgia 30315-0160

## CERTIFICATE OF SERVICE

I, Jeremiah W. Green, hereby certify that on this 23rd day of February, 2007, I have served the foregoing document on the following person(s):

                Mr. C. Richard Hill, Jr.
            Attorney for Defendant Sue Roberts
                  WEBB & ELEY, P.C.
               Post Office Box 240909
           Montgomery, Alabama 36124-0909

by placing a true and correct copy of the foregoing in the prison mailing system mailbox located at the Federal Prison Camp Atlanta, postage pre-paid, on this 23rd day of February, 2007.

                              Jeremiah W. Green, Plaintiff
                              Fed. Reg. No. 11165-171
                              Federal Prison Camp Atlanta
                              Post Office Box 150160
                              Atlanta, Georgia 30315-0160

Jeremiah W. Green, Reg. No. 11165-171
Federal Prison Camp Atlanta
Post Office Box 150160
Atlanta, Georgia 30315-0160

RECEIVED
2007 FEB 26 A 11: 09

February 23, 2007

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Office of the Clerk
United States District Court
Post Office Box 711
Montgomery, Alabama 36101-0711

RE: Jeremiah W. Green v. Elmore County Jail, et al.
    Civil Action No. 2:06-CV-667-WKW-WC

Dear Clerk:

   Enclosed you will find a Motion for filing with the Court. Said Motion identifies four "Doe" Defendants in the above-styled cause. Pursuant to Fed. Rules of Civ. Proc. Rule 4(c)(2), I request that the Office of the Clerk efficate service of the Complaint on the newly identified Defendants, as I have be authorized to proceed informa pauperis by this Court.

   Service should be effected on the following person(s):

Correctional Officer Luke Reaves
The Elmore County Jail
8955 US Highway 231
Wetumpka, Alabama 36092

Sergeant Bill McCoy
The Elmore County Jail
8955 US Highway 231
Wetumpka, Alabama 36092

Lieutenant Clarence Buggs
The Elmore County Jail
8955 US Highway 231
Wetumpka, Alabama 36092

Lieutenant Dorothy Weldon
The Elmore County Jail
8955 US Highway 231
Wetumpka, Alabama 36092

   Upon completion of service, I request that the Clerk provide me with a certificate of service, and that such be docketed with the Court. Thank you for your time and attention to this matter.

Sincerely,

Jeremiah W. Green

JWG/

ATLANTA GA 303
23 FEB 2007 PM 4 T

Jeremiah W. Green #11165-171
FEDERAL PRISON CAMP
P.O. BOX 150160
ATLANTA, GEORGIA 30315

Office of the Clerk
United States District Court
Post Office Box 711
Montgomery, Alabama 36101-0711