IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | | |
|---|---|---|
| JEREMIAH W. GREEN | * | |
| Plaintiff, | * | |
| v. | * | 2:06-CV-667-WKW |
| AJA ROBERTS, *et al.*, | * | |
| Defendants. | * | |

_____

**ORDER ON MOTION**

Before the court is Plaintiff's Motion to Amend Complaint to provide the true identities of the "Doe" defendants named in the original complaint. Specifically, Plaintiff seeks to name Officer Luke Reaves, Sergeant Bill McCoy, Lt. Clarence Buggs, and Lt. Dorothy Weldon as defendants. Upon consideration of Plaintiff's motion, and for good cause, it is

ORDERED that:

1. The Motion to Amend Complaint (Doc. No. 49) is GRANTED;

2. Defendants Reaves, McCoy, Buggs, and Weldon undertake a review of the subject matter of the complaint, as amended, (a) to ascertain the facts and circumstances; (b) to consider whether any action should be taken to resolve the subject matter of the complaint; and (c) to determine whether other similar complaints should be considered together;

3. Defendants Reaves, McCoy, Buggs, and Weldon shall file a written report containing the sworn statements of all persons having knowledge of the subject matter of the complaint, as amended. This report shall be filed with the court and a copy served upon Plaintiff within forty (40) days of the date of this order. Authorization is hereby granted to interview all witnesses, including Plaintiff. <u>Whenever relevant, copies of medical and/or psychiatric records shall be attached to the written report. Where Plaintiff's claims or Defendants' defenses relate to or involve the application of administrative rules, regulations or guidelines, the written report shall include copies of all such applicable administrative rules, regulations or guidelines.</u>

4. An answer shall be filed by Defendants Reaves, McCoy, Buggs, and Weldon within forty (40) days from the date of this order;

5. <u>No</u> motion for summary judgment, motion to dismiss or any other dispositive motions addressed to the complaint, as amended, be filed by any party without permission of the court. If any pleading denominated as a motion for summary judgment, motion to dismiss or other dispositive motion is sent to the court, the court shall not file or otherwise treat the pleading as a dispositive motion until and unless further order of the court.

The CLERK is hereby DIRECTED to furnish a copy of this order to Plaintiff and a copy of this order, the complaint and Document Numbers 2 and 49 to Officer Luke Reaves, Sgt. Bill McCoy, Lt. Clarence Buggs, and Lt. Dorothy Weldon. A copy of this order and the February 26, 2007 amendment to the complaint shall likewise be furnished to Defendant Roberts and counsel of record.

Done, this 28th day of February 2007.


                                        /s/Wallace Capel, Jr.
                                WALLACE CAPEL, JR.
                                UNITED STATES MAGISTRATE JUDGE