| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Joseph Giles_  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name): Joseph Giles   C. Date of Delivery: 3/1/07<br>D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No<br>   [1,2,49,50]<br>   2:06cv667-WKW |
| 1. Article Addressed to:<br><br>Dorothy Weldon, Lt.<br>Elmore Correctional Facility<br>P.O. Box 8<br>Elmore, AL 36025 | 3. Service Type<br>☑ Certified Mail   ☐ Express Mail<br>☐ Registered     ☑ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label) | 7006 2760 0002 8193 0265 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Joseph Giles_  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name): Joseph Giles   C. Date of Delivery: 3/1/07<br>D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No<br>   [1,2,49,50]<br>   2:06cv667-WKW |
| 1. Article Addressed to:<br><br>Bill McCoy, Sergeant<br>Elmore Correctional Facility<br>P.O. Box 8<br>Elmore, AL 36025 | 3. Service Type<br>☑ Certified Mail   ☐ Express Mail<br>☐ Registered     ☑ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label) | 7005 1820 0002 3461 6050 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Joseph Giles* ☐ Agent ☐ Addressee<br>B. Received by (*Printed Name*) *Joseph Giles*  C. Date of Delivery 3/1/07 |
| 1. Article Addressed to:<br><br>Clarence Bugg, Lt.<br>Elmore Correctional Facility<br>P.O. Box 8<br>Elmore, AL 36025 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>[1,2,49,50]<br>2:06CV667-WKW |
| | 3. Service Type<br>☑ Certified Mail ☐ Express Mail<br>☐ Registered ☑ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D. |
| | 4. Restricted Delivery? (*Extra Fee*) ☐ Yes |
| 2. Article Number (*Transfer from service label*) | 7005 1820 0002 3461 6067 |
| PS Form 3811, February 2004 | Domestic Return Receipt    102595-02-M-1540 |

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Joseph Giles* ☐ Agent ☐ Addressee<br>B. Received by (*Printed Name*) *Joseph Giles*  C. Date of Delivery 3/1/07 |
| 1. Article Addressed to:<br><br>Luke Reaves, Officer<br>Elmore Correctional Facility<br>P.O. Box 8<br>Elmore, AL 36025 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>[1,2,49,50]<br>2:06CV667-WKW |
| | 3. Service Type<br>☑ Certified Mail ☐ Express Mail<br>☐ Registered ☑ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D. |
| | 4. Restricted Delivery? (*Extra Fee*) ☐ Yes |
| 2. Article Number (*Transfer from service label*) | 7005 1820 0002 3461 6043 |
| PS Form 3811, February 2004 | Domestic Return Receipt    102595-02-M-1540 |