IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | |  |
|---|---|---|
| JEREMIAH W. GREEN | * | |
|     Plaintiff, | * | |
|     v. | * | 2:06-CV-667-WKW |
| AJA ROBERTS, *et al.*, | * | |
|     Defendants. | * | |

_____

**ORDER**

It appears that service has not been perfected on Defendants Reaves and Weldon. If a person has not been served, he or she is not a party to this lawsuit except in very unusual circumstances. Consequently, in order to maintain litigation against Defendants Reaves and Weldon, Plaintiff must furnish the clerk's office with a correct address for this individual. Accordingly, it is

ORDERED that:

1. On or before March 19, 2007 Plaintiff shall furnish the clerk's office with the correct address for Defendants Reaves and Weldon. Plaintiff is advised that the court will not continue to monitor this case to ensure that the defendant he wishes to sue has been served. This is Plaintiff's responsibility;

2. Plaintiff is cautioned that if he fails to comply with this order, Defendants Reaves and Weldon will not be served, they will not be parties to this cause of action, and this case

will proceed only against those defendants on whom service is perfected.  *See* Rule 4(m),

*Federal Rules of Civil Procedure*.

     Done, this 6th day of March 2007.

                         /s/Wallace Capel, Jr.
                        WALLACE CAPEL, JR.
                        UNITED STATES MAGISTRATE JUDGE