```
                              Jeremiah W. Green, Reg. No. 11165-171
                                       Federal Prison Camp Atlanta
                                           Post Office Box 150160
                                           Atlanta, Georgia 30315-0160
```

*RECEIVED* (stamps)

March 15, 2007

Office of the Clerk
United States District Court
Middle District of Alabama
Post Office Box 711
Montgomery, Alabama 36101-0711

RE: **NOTIFICATION TO THE COURT**
    Jeremiah W. Green v. The Elmore County Jail, et al.
    Case No. 2:06-CV-667-WKW-WC

Dear Clerk:

Pursuant to the March 06, 2007 Order of the Honorable Wallace Capel, Jr., (Doc.# 52-1), I hereby provide this Court with the correct address for service to be perfected upon Defendant Luke Reaves and provides additional information regarding Defendant Dorothy Weldon's whereabouts.

Defendant Luke Reaves is employed with the Millbrook Jail in Elmore County, the jail is located at 3841 Grandview Road, Millbrook, Alabama 36054. Service can be perfected upon Defendant Reaves at the Millbrook Jail.

Defendant Dorothy Weldon is now retired from the Elmore County Jail and upon information and belief, Defendant Weldon is currently residing in Wetumpka, Alabama, however, there is no telephone record with her name within the greater Montgomery area. Therefore, I will continue to attempt to obtain her last known address from other sources and promptly identify this Court upon receiving such information.

Thank you in advance for your assistance with this matter. Should your office require further information, please do not hesitate to contact me at the above address.

   Warm regards,

                                             Sincerely,

                                             *[signature]*
                                             Jeremiah W. Green

JWG/

cc: Mr. C. Richard Hill Jr. via mail

```
         IN THE UNITED STATES DISTRICT COURT
          FOR THE MIDDLE DISTRICT OF ALABAMA
                  MONTGOMERY DIVISION
```

JEREMIAH W. GREEN,            )
    Plaintiff,            )
                          )   CIVIL ACTION NO.
v.                            )   2:06-CV-667-WKW-WC
                          )
THE ELMORE COUNTY JAIL, et al., )
    Defendants.           )

### CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that on this <u>22nd</u> day of March, 2007, a true and correct copy of the enclosed "Notification to the Court" was mailed via the United States Mail, proper postage affixed thereto addressed to the following parties:

        Clerk of the Court
    United States District Court
     Middle District of Alabama
       Post Office Box 711
     Montgomery, AL 36101-0711

           and

    Mr. C. Richard Hill, Jr.
      Webb & Eley, P.C.
ATTORNEY FOR DEFENDANT ROBERTS
     Post Office Box 240909
    Montgomery, AL 36124-0909

RESPECTFULLY SUBMITTED, this <u>22nd</u> day of March, 2007.

                  */s/ Jeremiah W. Green*
                  Jeremiah W. Green
                  Reg. No. 11165-171
                  Federal Prison Camp Atlanta
                  Post Office Box 150160
                  Atlanta, Georgia 30315-0160

ATLANTA GA 303

23 MAR 2007 PM 8 T

Jeremiah W. Green, #11165-171
FEDERAL PRISON CAMP
P.O. BOX 150160
ATLANTA, GEORGIA 30315

Office of the Clerk
United States District Court
Middle District of Alabama
Post Office Box 711
Montgomery, AL 36101-0711