IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | |
|---|---|
| JEREMIAH W. GREEN | * |
| Plaintiff, | * |
| v. | *   2:06-CV-667-WKW |
| AJA ROBERTS, *et al.*, | * |
| Defendants. | * |

_____

**ORDER**

On March 26, 2007 Plaintiff filed a pleading in which he advises the court of a service address for Luke Reaves. The CLERK of the court is hereby DIRECTED to serve Luke Reaves at the Millbrook Jail, 3841 Grandview Road, Millbrook, Alabama 36054 with a copy of this order together with a copy of Document Numbers 1, 7, 49, & 50. Accordingly, it is

ORDERED that Luke Reaves shall file an answer and written report to the complaint on or before May 7, 2007 in accordance with the court's February 28, 2007 order of procedure (Doc. No. 50).

Plaintiff is advised that the court will not continue to monitor this case to ensure that each of the named defendants has been served. This is Plaintiff's responsibility. Plaintiff is cautioned that if service is not perfected on Defendant Reaves he will not be a considered party to this cause of action and this case will proceed only against those named defendants on whom service has been perfected.

Done, this 27th day of March 2007.

                /s/Wallace Capel, Jr.
                WALLACE CAPEL, JR.
                UNITED STATES MAGISTRATE JUDGE