IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JEREMIAH W. GREEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. |
| v. ) | 2:06-CV-667-WKW-WC |
| ) | |
| ELMORE COUNTY JAIL, et al., ) | |
| ) | |
| Defendants. ) | |

### NOTIFICATION OF ADDRESS CHANGE

COMES NOW, Jeremiah W. Green, Plaintiff in the above-styled cause and hereby notifies this Honorable Court of his address change. Effective immediately, all correspondence relating to the above-styled cause should be directed to the following address:

Mr. Jeremiah W. Green
Post Office Box 550604
Jacksonville, Florida 32255-0604

RESPECTFULLY SUBMITTED, this 7th day of May, 2007.

Mr. Jeremiah W. Green
Former Reg. No. 11165-171
Post Office Box 550604
Jacksonville, FL 32255-0604
Phone: (904) 731-2672
JeremiahWGreen@gmail.com

### CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that on this 7th day of May, 2007, true copies of Plaintiff's NOTIFICATION OF ADDRESS CHANGE were served on the parties noted below by depositing same in the United States Mail via the prison mailing system mailbox located at the Federal Prison Camp Atlanta, proper postage affixed thereto, addressed to the following addresses:

---1---

Mr. C. Richard Hill, Jr.
ATTORNEY FOR DEFENDANTS SUE ROBERTS,
CLARENCE BUGGS & WILLIAM MCCOY
Webb & Eley, P.C.
Post Office Box 240909
Montgomery, Alabama 36124-0909

AND

Mr. Luke Reaves
UNREPRESENTED DEFENDANT
The Millbrook Jail
3841 Grandview Road
Millbrook, Alabama 36054

RESPECTFULLY SUBMITTED, this 7th day of May, 2007.

_____
Mr. Jeremiah W. Green

Jeremiah W. Green, #11165-171
FEDERAL PRISON CAMP
P.O. BOX 150160
ATLANTA, GEORGIA 30315

Office of the Clerk
United States District Court
Post Office Box 711
Montgomery, Alabama 36101-0711

36101+0711