IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
__NORTHERN__ DIVISION

__JEREMIAH W. GREEN__,  )
)
Plaintiff, )
)
v. )  CASE NO. 2:06-cv-00667-WKW-WC
)
__SUE ROBERTS, et al.__, )
)
Defendants, )

## CONFLICT DISCLOSURE STATEMENT

COMES NOW __Sue Roberts__, a __Defendant__ in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☒ This party is an individual, or

☒ This party is a governmental entity, or

☒ There are no entities to be reported, or

☐ The following entities and their relationship to the party are hereby reported:

Reportable Entity                    Relationship to Party

_____              _____

_____              _____


6/25/2007                            _C. Richard Hill_
Date                                 (Signature)

                                     C. Richard Hill, Jr.
                                     (Counsel's Name)

                                     Sue Roberts; Clarence Buggs; Bill McCoy; Luke Reaves
                                     Counsel for (print names of all parties)
                                     Post Office Box 240909
                                     Montgomery, Alabama 36124
                                     Address, City, State Zip Code
                                     (334) 262-1850
                                     Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_Northern_____ DIVISION

## CERTIFICATE OF SERVICE

I, C. Richard Hill, Jr._____, do hereby Certify that a true and correct copy of the foregoing has been furnished by U.S. Mail_____(manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 25th___ day of June_____ 20 07, to:

Jeremiah W. Green

AIS #11165-171

Post Office Box 550604

Jacksonville, Florida  32255-0604


6/25/2007
Date                                                              Signature

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

JEREMIAH W. GREEN,

　　Plaintiff,

v.

SUE ROBERTS, et al.,

　　Defendants,

CASE NO. 2:06-cv-00667-WKW-WC

**CONFLICT DISCLOSURE STATEMENT**

COMES NOW Clarence Buggs, a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

- ☒ This party is an individual, or
- ☒ This party is a governmental entity, or
- ☒ There are no entities to be reported, or
- ☐ The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
|  |  |
|  |  |
|  |  |

6/25/2007
Date

(Signature)

C. Richard Hill, Jr.
(Counsel's Name)

Sue Roberts; Clarence Buggs; Bill McCoy; Luke Reaves
Counsel for (print names of all parties)

Post Office Box 240909
Montgomery, Alabama 36124
Address, City, State Zip Code

(334) 262-1850
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
Northern DIVISION

## CERTIFICATE OF SERVICE

I, C. Richard Hill, Jr., do hereby Certify that a true and correct copy of the foregoing has been furnished by U.S. Mail (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 25th day of June 20 07, to:

Jeremiah W. Green

AIS #11165-171

Post Office Box 550604

Jacksonville, Florida 32255-0604


6/25/2007
Date

Signature

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
__NORTHERN__ DIVISION

**JEREMIAH W. GREEN**,  )
 )
Plaintiff, )
 )
v. )  CASE NO. 2:06-cv-00667-WKW-WC
 )
**SUE ROBERTS, et al.**, )
 )
Defendants, )

**CONFLICT DISCLOSURE STATEMENT**

COMES NOW __Bill McCoy__, a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

- ☒ This party is an individual, or
- ☒ This party is a governmental entity, or
- ☒ There are no entities to be reported, or
- ☐ The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
|  |  |
|  |  |
|  |  |

6/25/2007
Date

(Signature)
**C. Richard Hill, Jr.**
(Counsel's Name)

Sue Roberts; Clarence Buggs; Bill McCoy; Luke Reaves
Counsel for (print names of all parties)

Post Office Box 240909
Montgomery, Alabama 36124
Address, City, State Zip Code

(334) 262-1850
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
Northern _____ DIVISION

## CERTIFICATE OF SERVICE

I, C. Richard Hill, Jr._____, do hereby Certify that a true and correct copy of the foregoing has been furnished by U.S. Mail_____(manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 25th___day of June_____ 20 07, to:

Jeremiah W. Green

AIS #11165-171

Post Office Box 550604

Jacksonville, Florida  32255-0604

6/25/2007
Date                                                               Signature

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
__NORTHERN__ DIVISION

**JEREMIAH W. GREEN**,

Plaintiff,

v.

**SUE ROBERTS, et al.**,

Defendants,

CASE NO. 2:06-cv-00667-WKW-WC

## CONFLICT DISCLOSURE STATEMENT

COMES NOW __Luke Reaves__, a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

- ☒ This party is an individual, or
- ☒ This party is a governmental entity, or
- ☒ There are no entities to be reported, or
- ☐ The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| | |
| | |
| | |

6/25/2007
Date

(Signature)

C. Richard Hill, Jr.
(Counsel's Name)

Sue Roberts; Clarence Buggs; Bill McCoy; Luke Reaves
Counsel for (print names of all parties)

Post Office Box 240909
Montgomery, Alabama 36124
Address, City, State Zip Code

(334) 262-1850
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
__Northern_____ DIVISION

## CERTIFICATE OF SERVICE

I, C. Richard Hill, Jr._____, do hereby Certify that a true and correct copy of the foregoing has been furnished by U.S. Mail_____(manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 25th___day of June_____ 20 07, to:

Jeremiah W. Green

AIS #11165-171

Post Office Box 550604

Jacksonville, Florida  32255-0604


6/25/2007
Date

[signature]
Signature