IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | | |
|---|---|---|
| JEREMIAH W. GREEN | * | |
| Plaintiff, | * | |
| v. | * | 2:06-CV-667-WKW |
| | | (WO) |
| AJA ROBERTS, *et al.*, | * | |
| Defendants. | * | |

_____

**RECOMMENDATION OF THE MAGISTRATE JUDGE**

On March 6, 2007 the court entered an order which notified Plaintiff that service was attempted but not perfected on Defendant Weldon because she was unknown at the address provided by Plaintiff. (Doc. No. 52.) Plaintiff was advised that if a person has not been served, he or she is not a party to this lawsuit except in very unusual circumstances. *See Federal Rules of Civil Procedure*, 4(m). Plaintiff was, therefore, directed to furnish the Clerk's Office with a correct address for Defendant Weldon. The above-referenced order further advised Plaintiff that the court would not continue to monitor this case to ensure that the defendants Plaintiff wished to sue had been served. Plaintiff was informed that this was his responsibility. The order also informed Plaintiff that if he failed to comply with the court's directives, Defendant Weldon would not be served, she would not be considered a party to this action, and this case would proceed only against those defendants on whom service was perfected.

Plaintiff has filed no response to the court's March 6, 2007. The court, therefore, finds that service of the complaint, as amended, has never been perfected on Defendant Weldon and no exceptional circumstances exist which warrant her inclusion as a defendant in this case. Accordingly, Defendant Weldon is due to be dismissed as a party to this complaint. *See* Rule 4(m), *Federal Rules of Civil Procedure*.

Accordingly, it is the RECOMMENDATION of the Magistrate Judge that:

1. Plaintiff's claims against Defendant Weldon be DISMISSED

2. Defendant Weldon be DISMISSED as a party to this case; and

3. This case with respect to the remaining defendants be referred back to the undersigned for further proceedings.

It is further

ORDERED that the parties are DIRECTED to file any objections to the Recommendation on or before July 23, 2007. Any objections filed must specifically identify the findings in the Magistrate Judge's Recommendation to which a party objects. Frivolous, conclusive or general objections will not be considered by the District Court. The parties are advised that this Recommendation is not a final order of the court and, therefore, it is not appealable.

Failure to file written objections to the proposed findings and recommendations in the Magistrate Judge's report shall bar the party from a *de novo* determination by the District Court of issues covered in the report and shall bar the party from attacking on appeal factual

findings in the report accepted or adopted by the District Court except upon grounds of plain error or manifest injustice. *Nettles v. Wainwright*, 677 F.2d 404 (5th Cir. 1982). *See Stein v. Reynolds Securities, Inc.*, 667 F.2d 33 (11th Cir. 1982). *See also Bonner v. City of Prichard*, 661 F.2d 1206 (11th Cir. 1981, *en banc*), adopting as binding precedent all of the decisions of the former Fifth Circuit handed down prior to the close of business on September 30, 1981.

Done this 10th day of July 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE