IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **JEREMIAH W. GREEN,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:06-cv-667-WKW-WC |
| | ) |
| **ELMORE COUNTY JAIL, et al.,** | ) |
| | ) |
| Defendants. | ) |

**MOTION TO WITHDRAW**

COMES NOW Daniel D. Fordham of the law firm of Webb & Eley, P.C., and moves this Court for permission to withdraw from the representation of Sue Roberts, a Defendant in the above-styled cause. As grounds for this Motion, the undersigned states that he will no longer be employed with the firm of Webb & Eley, P.C. Rick Hill will continue to represent Defendant Roberts in this matter.

WHEREFORE, Daniel D. Fordham respectfully requests an Order from this Court that releases him from representation of Defendant Sue Roberts.

Respectfully submitted this the 27th day of November, 2007.

> s/Daniel D. Fordham
> DANIEL D. FORDHAM Bar No. FOR055
> Attorney for Defendant Roberts
> WEBB & ELEY, P.C.
> 7475 Halcyon Pointe Drive
> Post Office Box 240909
> Montgomery, Alabama 36124
> Telephone: (334) 262-1850
> Fax: (334) 262-1889
> E-mail: dfordham@webbeley.com

**CERTIFICATE OF SERVICE**

  I hereby certify that on this the 27th day of November, 2007, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and that I have mailed a true and correct copy of the foregoing by United States Mail, postage prepaid, to the following non-CM/ECF participant:

    Jeremiah W. Green
    Post Office Box 550604
    Jacksonville, Florida  32255-0604

    **s/Daniel D. Fordham**
    OF COUNSEL