IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | | |
|---|---|---|
| JEREMIAH W. GREEN | * | |
| Plaintiff, | * | |
| v. | * | 2:06-CV-667-WKW |
| AJA ROBERTS | * | |
| Defendant. | * | |

_____

**ORDER ON MOTION**

Upon consideration of the motion to withdraw filed by Daniel Fordham, Esq., one of the attorneys of record for Defendant Sue Roberts, and for good cause, it is

ORDERED that the motion (*Doc. No. 65*) be and is hereby GRANTED.

Done, this 28th day of November 2007.

　　　　　　　　　　　　　　　　　　/s/ Wallace Capel, Jr.
　　　　　　　　　　　　　　　　　　WALLACE CAPEL, JR.
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE