IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____NORTHERN_____ DIVISION

JEREMIAH W. GREEN
_____,
)
)
    Plaintiff,
)
)
v.
)   CASE NO. 2:06-cv-667-WKW
)
SUE ROBERTS
)
_____,
)
)
    Defendants,
)

**CONFLICT DISCLOSURE STATEMENT**

COMES NOW __SUE ROBERTS__, a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[✔] This party is an individual, or

[ ] This party is a governmental entity, or

[ ] There are no entities to be reported, or

[ ] The following entities and their relationship to the party are hereby reported:

Reportable Entity             Relationship to Party

_____      _____

_____      _____

_____      _____

2/27/2008
Date

_C. Richard Hill, Jr._ (Signature)

C. Richard Hill, Jr.
(Counsel's Name)

**Sue Roberts**
Counsel for (print names of all parties)

Post Office Box 240909
Montgomery, Alabama 36124
Address, City, State Zip Code

(334) 262-1850
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
__NORTHERN_____ DIVISION

## CERTIFICATE OF SERVICE

I, __C. Richard Hill, Jr._____, do hereby Certify that a true and correct copy of the foregoing has been furnished by __U.S. Mail_____(manner of service, i.e., U.S. Mail, electronic mail, etc.) on this __27th___ day of __February_____ 20_08_ to:

Jeremiah W. Green

Post Office Box 550604

Jacksonville, Florida 32255-0604

_____

_____

_____

2/27/2008
Date

*C. Richard Hill, Jr.*
Signature