IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JEREMIAH W. GREEN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO. 2:06-CV-667-WKW ) |
| AJA ROBERTS, | ) ) |
| Defendant. | ) |

## **ORDER**

Before the court are the Defendant's Special Report (Doc. # 16), which the court construes as a Motion for Summary Judgment, and the Report and Recommendation of the Magistrate Judge (Doc. # 70).

There being no objections filed to the Report and Recommendation of the Magistrate Judge, and upon an independent review of the file, it is ORDERED that the Report and Recommendation is adopted and that:

1. Defendant Roberts' Motion for Summary Judgment (Doc. # 16) is GRANTED.

2. This case is due to be DISMISSED without prejudice pursuant to 28 U.S.C. § 1997e(c)(1).

3. The costs of this proceeding are TAXED against Plaintiff Green for which execution may issue.

An appropriate judgment will be entered.

DONE this 29th day of October, 2008.

/s/  W.  Keith Watkins
UNITED STATES DISTRICT JUDGE